**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

Lauren Wolf and Elizabeth Correia, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

Amazon.com, Inc., a Delaware corporation,

Defendant.

**CLASS ACTION COMPLAINT**

**JURY TRIAL DEMANDED**

Plaintiffs Lauren Wolf and Elizabeth Correia (collectively, "Plaintiffs"), by their counsel, on their own behalf and on behalf of all others similarly situated, brings this Class Action Complaint against Defendant Amazon.com, Inc. ("Amazon" or "Defendant"). The following facts are alleged based upon personal knowledge, where applicable, information and belief, and the investigation of counsel:

## NATURE OF THE ACTION

1.     Heavy metals are known to pose significant and adverse health risks and consequences to humans. It is well-recognized that there are no safe levels of human exposure to any of the heavy metals, including cadmium and lead.[1] Exposure to heavy metals, including

---

[1] Transcript from Public Meeting, *Closer to Zero Action Plan: Impacts of Toxic Element Exposure and Nutrition at Different Crucial Developmental Stages for Babies and Young Children* (Nov. 18, 2021), https://www.fda.gov/media/155396/download at 32, 72, 179 (last accessed April 29, 2026) ("Closer to Zero Public Meeting Transcript"); *FDA Webinar: Action Levels for Lead in Food Intended for Babies and Young Children: Draft Guidance*, at 5 (March 2, 2023), https://www.fda.gov/media/166188/download (last accessed April 29, 2026) ("Although we may not be able to say the reference level is a safe level, it is a level we could

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

cadmium and lead, can cause negative health effects, such as various cancers, gastric and vascular disorders, liver, kidney, and brain damage, miscarriages, and reproductive disorders:[2]



rely on as a benchmark to measure exposure to foods.”); *see also* Kevin Loria, *Congressional Report Finds More Problems With Heavy Metals in Baby Food*, Consumer Reports (Sept. 29, 2021, updated Oct. 20, 2021), https://www.consumerreports.org/food-safety/problems-with-heavy-metals-in-baby-food-congressional-report-a6400080224/#:~:text=%E2%80%9CThere%20is%20no%20safe%20level,research%20and%20testing%20at%20CR (last accessed April 29, 2026); *see, e.g.*, World Health Organization, *Lead* Poisoning, Sept. 27, 2024, https://who.int/news-room/fact-sheets/detail/lead-poisoning-and-health (last accessed April 29, 2026) (hereinafter “WHO Lead Poisoning”).

[2] Anirban Goutam Mukherjee, et al., *Heavy Metal and Metalloid Contamination in Food and Emerging Technologies for Its Detection*, Sustainability, Jan. 9, 2023, 15(2), https://www.mdpi.com/2071-1050/15/2/1195 (last accessed April 29, 2026).

CLASS ACTION COMPLAINT - 2

2.      Experts stress the importance of applying sunscreen every day when outdoors.[3] And for infants and others with sensitive skin, they recommend mineral sunscreens whose active ingredient is titanium dioxide and/or zinc oxide.[4]

3.      Recent testing of sunscreen sold by retailers show that certain sunscreen products sold by Amazon ("Sunscreen Products") are contaminated with heavy metals, including cadmium and lead.[5]

4.      Amazon controls the content of the product listings that describe the Sunscreen Products to consumers. It establishes requirements for manufacturers' product descriptions and also inserts its own descriptions of the Sunscreen Products into product listings via "Rufus," an artificial intelligence technology developed by Amazon.

5.      Amazon also conveys the Sunscreen Products to consumers, by selling Sunscreen Products directly to consumers and by storing, shipping, and delivering Sunscreen Products that are listed by other parties on Amazon's online marketplace.

6.      Amazon sold these Sunscreen Products with alarmingly high levels of heavy metals, including cadmium and lead, with no warning to the intended consumer audience of children and adults.  Reasonable consumers would want to know about the presence of toxins

---

[3] American Academy of Dermatology, *Sunscreen FAQs*, Feb. 11, 2025, https://www.aad.org/media/stats-sunscreen (last accessed April 29, 2026); healthychildren.org, *Sun Safety: Information for Parents About Sunburn & Sunscreen*, Aug. 9, 2024, https://www.healthychildren.org/English/safety-prevention/at-play/Pages/Sun-Safety.aspx (last accessed April 29, 2026) ("Use sunscreen any time you or your child spend time outdoors.").

[4] American Academy of Dermatology, *Sunscreen FAQs*, Feb. 11, 2025, https://www.aad.org/media/stats-sunscreen (last accessed April 29, 2026); Yaldo, Marissa, et al., *62644 Analysis of Popular Sunscreens for Babies and Children: Ingredient Profiles and Marketing Tactics*, JOURNAL OF THE AMERICAN ACADEMY OF DERMATOLOGY, Sept. 2025, https://www.jaad.org/article/S0190-9622(25)00810-2/abstract (last accessed April 29, 2026).

[5] Appendix A lists each of the brands and products that comprise the Sunscreen Products at issue in this case.

CLASS ACTION COMPLAINT - 3

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

in any product, especially one that is put directly onto the bodies of their infants and children, such as sunscreen.

7.    Exposure to any source of heavy metals should be avoided and minimized, and disclosure of the presence of heavy metals in products intended to be used on infants and children, is material and should be disclosed.

8.    Consumers, including parents and other caregivers, reasonably believe that the sunscreen they purchase for their infants and children will *not* have detectable levels of heavy metals, such as cadmium and lead.

9.    But Amazon fails to disclose that the Sunscreen Products contain heavy metals. Nowhere on Amazon's point-of-sale webpages does it disclose that the Sunscreen Products contain heavy metals, including cadmium and lead (collectively, the "Omissions").

10.    Plaintiffs bring this class action against Amazon for deceptive business practices, including the Omissions, regarding the presence of heavy metals in the Sunscreen Products.

11.    No reasonable consumer purchasing sunscreen after seeing Amazon's point-of-sale disclosures would expect the Sunscreen Products to contain heavy metals. Furthermore, reasonable consumers, like Plaintiffs, would consider the inclusion of heavy metals a material fact when considering what sunscreen products to purchase.

12.    Reasonable consumers, like Plaintiffs, could not learn of the inclusion of heavy metals in the Sunscreen Products unless Amazon included a proper disclosure, because identifying the presence of heavy metals requires expensive and sophisticated laboratory testing. But Amazon failed to perform or require any heavy metal testing, or to disclose the presence of heavy metals.

CLASS ACTION COMPLAINT - 4

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

13.    A recent report published by Lead Safe Mama, LLC, a lead-poisoning prevention and consumer goods safety advocate,[6] found that certain sunscreen products contain cadmium and lead:

| Product (Testing by LSM) | Cadmium | Lead |
|---|---|---|
| Sun Bum Baby Bum Mineral Sunscreen Lotion (SPF 50) | 232.4 ppb | 495.1 ppb |
| Blue Lizard Sensitive Mineral Sunscreen Lotion (SPF 50) | 266.7 ppb | 666.3 ppb |
| Coppertone Pure & Simple Baby Sunscreen Lotion (SPF 50) | 356.10 ppb | 1,017.5 ppb |
| ThinkBaby Clear Zinc 20% Sunscreen Lotion (SPF 30) | 645 ppb | 1,235.4 ppb |
| ThinkBaby Zinc Oxide Sunscreen Lotion (SPF 50) | 575.5 ppb | 1,251.1 ppb |

14.    Plaintiffs' testing also confirmed the presence of detectable levels of cadmium and lead in the Sunscreen Products:

| Product (Testing by Plaintiffs) | Cadmium | Lead |
|---|---|---|
| 365 by Whole Foods Market Sport Mineral Sunscreen Lotion (SPF 30) | 78.5 ppb | 1,705.3 ppb |
| Sun Bum Baby Bum Mineral Sunscreen Lotion (SPF 50) | 177.7 ppb | 548 ppb |
| Sun Bum Baby Bum Mineral Sunscreen Lotion (SPF 50)[7] | 24.7 ppb | 409.8 ppb |

---

[6] *See* Lead Safe Mama, *Sunscreen Heavy Metals Comparison Chart, Lab Test Results*, June 17, 2025, https://tamararubin.com/wp-content/uploads/2025/06/June-17-Draft-2-Lead-Safe-Mama-Sunscreen-Chart.png (last accessed April 29, 2026) (hereinafter "Lead Safe Mama Chart" and attached hereto as Exhibit 1).

[7] This testing represents results from product purchased by Plaintiff Wolf.

CLASS ACTION COMPLAINT - 5

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

| Product (Testing by Plaintiffs) | Cadmium | Lead |
|---|---|---|
| Sun Bum Baby Bum Mineral Roll-On Sunscreen (SPF 50)[8] | 117.1 ppb | 982.7 ppb |
| Banana Boat Simply Protect Baby Sunscreen Lotion (SPF 50) | 10.78 ppb | 455.92 ppb |
| Banana Boat Simply Protect Kids Sunscreen Lotion (SPF 50) | 97 ppb | 323.9 ppb |
| Blue Lizard Baby Mineral Sunscreen Stick (SPF 50) | 96.5 ppb | 2,728.5 ppb |
| Blue Lizard Kids Mineral Sunscreen Stick (SPF 50) | 221.3 ppb | 1,021.5 ppb |
| Coppertone Kids Tear Free Sunscreen Lotion (SPF 50) | 12.59 ppb | 264.1 ppb |
| Coppertone Pure & Simple Baby Sunscreen Lotion (SPF 50) | 360.7 ppb | 986.2 ppb |
| Coppertone Pure & Simple Kids Sunscreen Lotion (SPF 50) | 429.7 ppb | 1,350.9 ppb |
| Thinkbaby Baby Mineral Sunscreen Lotion (SPF 50) | 613.9 ppb | 658.2 ppb |
| Thinkbaby Baby Sunscreen for Sensitive Skin (SPF 50) | 656.5 ppb | 1,364.7 ppb |
| Thinkbaby Baby Sunscreen for Sensitive Skin (SPF 50)[9] | 133.7 ppb | 869.3 ppb |

15. Further, because of Amazon's Misrepresentations and partial misrepresentations, with no disclosures as to the presence or risk of significant levels of heavy metals in the Sunscreen Products, Plaintiffs did not expect the Sunscreen Products to contain heavy metals.

---

[8] This testing represents results from product purchased by Plaintiff Correia.

[9] This testing represents results from product purchased by Plaintiff Wolf.

CLASS ACTION COMPLAINT - 6

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

16.     The inclusion or real risk of high levels of cadmium and lead contradict and impede the central function of the Sunscreen Products. The Sunscreen Products are intended to provide sun protection to infants and children. Cadmium and lead provide no such protection and instead pose health risks to infants and children.

17.     Based on the messaging and overall impression communicated by Amazon's point-of-sale webpages, including the Misrepresentations and material Omissions, no reasonable consumers, including Plaintiffs, could expect or understand the Sunscreen Products contained or risked containing high levels of cadmium, lead, or other heavy metals.

18.     No reasonable consumer purchasing sunscreen or seeing the Misrepresentations or partial misrepresentations on Amazon's point-of-sale webpages would expect the Sunscreen Products to contain heavy metals. Furthermore, reasonable consumers, like Plaintiffs, would consider the inclusion of heavy metals like cadmium or lead a material fact when considering what sunscreen products to purchase.

19.     Amazon intended for consumers to rely on the Misrepresentations, partial misrepresentations, Omissions, concealment, and other deceptive conduct regarding the Sunscreen Products' quality, ingredients, standards, and suitability for use. Amazon's business practices, including the Misrepresentations and Omissions, were deceptive, misleading, unfair, and/or false because, among other things, the Sunscreen Products contained undisclosed toxic heavy metals.

20.     Amazon knows its customers trust the quality of the products sold through its platform and expect the Sunscreen Products to be properly and safely manufactured and to not contain or risk containing alarming levels of heavy metals.

CLASS ACTION COMPLAINT - 7

21.     Amazon also knows that certain consumers will seek out and wish to purchase sunscreen products that do not have detectable levels of contaminants such as heavy metals and that these consumers will pay more for sunscreen products that they believe possess these qualities.

22.     Indeed, Amazon has intentionally and knowingly positioned itself in the market as the world's top e-commerce company selling consumer goods such as the Sunscreen Products.[10]

23.     Plaintiffs seek injunctive and monetary relief on behalf of the proposed Class, including (i) requiring Amazon to fully disclose the presence of heavy metals in its marketing, advertising, and labeling of Sunscreen Products; (ii) requiring Amazon to test all Sunscreen Products' ingredients and final products for heavy metals; and (iii) restoring monies to the members of the proposed Class.

24.     Plaintiffs bring this proposed consumer class action individually and on behalf of all other members of the Class (as defined herein), who purchased for personal/household use and not resale any of the Sunscreen Products. Plaintiffs assert claims under the Washington Consumer Protection Act and Washington common law.

**JURISDICTION AND VENUE**

25.     This Court has jurisdiction over this action pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §1332(d)(2), because at least one Class Member is of diverse state citizenship from Defendant, there are more than 100 Class Members, and the aggregate amount in controversy exceeds $5 million, exclusive of interest and costs. Amazon

---

[10] *Leading E-Commerce Companies Worldwide as of February 2026, By Market Cap*, STATISTA,          https://www.statista.com/statistics/245340/leading-large-cap-e-commerce-companies-market-cap/ (last accessed April 29, 2026).

CLASS ACTION COMPLAINT - 8

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

sells its Sunscreen Products from coast to coast in the United States and, as such, Class Members are citizens of numerous diverse states outside of Washington. Any exemptions to jurisdiction under 28 U.S.C. §1392(d)(2) do not apply.

26.     The Western District of Washington has personal jurisdiction over Amazon as it is headquartered in this District and conducts substantial business in this State and in this District through its headquarters and sale of products, including the Sunscreen Products.

27.     Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b)(1) because Amazon is headquartered and resides in this District. Venue is further appropriate in this district pursuant to the forum selection clause in Amazon's online "conditions of use," which are available when a consumer signs up for an Amazon account and makes purchases. The conditions provide that "[a]ny dispute or claim relating in any way to your use of any Amazon Service will be adjudicated in the state or Federal courts in King County, Washington, and you consent to exclusive jurisdiction and venue in these courts."

### **PARTIES**

28.     Plaintiff Lauren Wolf ("Plaintiff Wolf") is, and at all times relevant, has been a citizen and resident of the state of Texas, residing in Fort Worth, in Tarrant County, Texas. Plaintiff Wolf purchased the Sunscreen Products from Amazon, including Sun Bum Baby Bum Mineral Sunscreen Stick SPF 50 and Thinkbaby Baby Sunscreen for Sensitive Skin (SFP 50), in approximately June 2025 and March 2026.

29.     Before making these purchases, Plaintiff Wolf viewed the information available on Amazon's Product Detail Pages for Sun Bum Baby Bum Mineral Sunscreen Stick (SPF 50) and Thinkbaby Baby Sunscreen for Sensitive Skin (SFP 50). None of that information disclosed that the sunscreen contained detectable levels of heavy metals.

CLASS ACTION COMPLAINT - 9

30.    When Plaintiff Wolf purchased Sun Bum Baby Bum Mineral Sunscreen Stick (SPF 50) via Amazon's marketplace, Amazon was the seller of the sunscreen.

31.    Plaintiff Elizabeth Correia ("Plaintiff Correia") is, and at all times relevant, has been a citizen and resident of the state of California, residing in Cardiff, in San Diego County, California. Plaintiff Correia purchased the Sunscreen Products from Amazon, including Sun Bum Baby Bum Mineral Roll-On Sunscreen (SPF 50) in approximately October 2023, December 2023, and June 2024; Sun Bum Baby Bum Sunscreen Lotion (SPF 50) in approximately June 2021, March 2022, and March 2023; Sun Bum Baby Bum Sunscreen Spray (SPF 50) in approximately April 2022; Blue Lizard Baby Mineral Sunscreen Stick (SPF 50) in approximately October 2023, November 2023, December 2023, May 2024, June 2024, and August 2025; Blue Lizard Kids Mineral Sunscreen Stick (SPF 50) in approximately April 2026, and Thinkbaby Baby Mineral Sunscreen Lotion (SPF 50) in approximately June 2020.

32.    Before making these purchases, Plaintiff Correia viewed the information available on Amazon's Product Detail Pages for Sun Bum Baby Bum Mineral Roll-On Sunscreen (SPF 50), Sun Bum Baby Bum Sunscreen Lotion (SPF 50), Sun Bum Baby Bum Sunscreen Spray (SPF 50), Blue Lizard Baby Mineral Sunscreen Stick (SPF 50), Blue Lizard Kids Mineral Sunscreen Stick (SPF 50), and Thinkbaby Baby Mineral Sunscreen Lotion (SPF 50). None of that information disclosed that the sunscreens contained detectable levels of heavy metals.

33.    When Plaintiff Correia purchased Sun Bum Baby Bum Mineral Roll-On Sunscreen (SPF 50), Sun Bum Baby Bum Sunscreen Lotion (SPF 50), Blue Lizard Baby Mineral Sunscreen Stick (SPF 50), Blue Lizard Kids Mineral Sunscreen Stick (SPF 50), and

CLASS ACTION COMPLAINT - 10

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

Thinkbaby Baby Mineral Sunscreen Lotion (SPF 50) via Amazon's marketplace, Amazon was the seller of the sunscreens.

34.     Plaintiffs believed they were purchasing sunscreen products that were nontoxic and without detectable levels of heavy metals, including cadmium and lead. During the time they purchased and used the Products, and due to the Misrepresentations, partial misrepresentations, and Omissions by Amazon, they were unaware the Sunscreen Products contained (or had a material risk of containing) significant levels of cadmium and lead. If Amazon had disclosed that the Sunscreen Products contained (or had a material risk of containing) heavy metals including cadmium and lead, or that Amazon had inadequately tested, or never tested, or never required third-party sellers to test, for heavy metals, in its ingredients and/or finished Sunscreen Products, Plaintiffs would not have purchased the Sunscreen Products or otherwise would have paid less for them. Plaintiffs would be willing to purchase the Sunscreen Products in the future if they could be certain they do not contain (or have a material risk of containing) heavy metals.

35.     Plaintiffs relied on the Sunscreen Products' point-of-sale webpages, Misrepresentations and partial misrepresentations and Omissions by Amazon, which were prepared, reviewed, and/or approved by Amazon and its agents at its headquarters in Washington and disseminated by Amazon and its agents through the point-of-sale disclosures. The Omissions were material content that reasonable consumers would consider important when purchasing the Sunscreen Products, and the Misrepresentations and partial misrepresentations were misleading, unfair, and deceptive based on the inclusion and/or risk of significant levels of cadmium and lead.

CLASS ACTION COMPLAINT - 11

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

36.     Amazon is an American multinational consumer goods and technology company that conducts business in all 50 states and the District of Columbia. Amazon is a Delaware corporation with principal executive offices located at 410 Terry Avenue North, Seattle, Washington 98109.

37.     Amazon knowingly created, oversaw, and/or authorized the unlawful, fraudulent, unfair, misleading, and/or deceptive point-of-sale webpages and related marketing for the Sunscreen Products that did not disclose the presence of heavy metals, including cadmium or lead.

38.     Plaintiffs relied on the point-of-sale webpages and Omissions, which were prepared, reviewed, and/or approved by Amazon and its agents at its headquarters in Seattle and disseminated by Amazon and its agents. The Omissions were nondisclosed material content that a reasonable consumer would consider important when purchasing the Sunscreen Products.

## FACTUAL ALLEGATIONS

**I.     Amazon Sells Sunscreen Products in Its Online Marketplace and Delivers These Products Directly to Consumers**

39.     Amazon operates the largest online retail marketplace in the United States, which includes its website, applications for mobile devices, and voice-controlled devices that allow consumers to make purchases from Amazon ("Amazon's marketplace").

40.     Amazon directly sells a wide range of consumer goods—approximately 12 million goods—to customers on its marketplace.[11] Some of these products are manufactured by third parties but sold to consumers by Amazon as a traditional first-party retailer. Other

---

[11] *Amazon Statistics: Key Numbers and Fun Facts*, AMAZON SCOUT, https://amzscout.net/blog/amazon-statistics (last accessed April 29, 2026).

CLASS ACTION COMPLAINT - 12

products are manufactured by Amazon or its subsidiaries and marketed under one of Amazon's many in-house brand names.

41.     Amazon is the manufacturer and seller of one Sunscreen Product at issue: 365 Whole Foods Sport Mineral Sunscreen Lotion SPF 30.[12]

42.     Amazon also sells several of the Sunscreen Products directly to consumers as a first party, including 365 by Whole Foods Market Sport Mineral Sunscreen (SPF 30), Sun Bum Baby Bum Mineral Sunscreen (SPF 50), Blue Lizard Baby Mineral Sunscreen (SPF 50), Blue Lizard Kids Mineral Sunscreen (SPF 50), Thinkbaby Baby Mineral Sunscreen (SPF 50), and Coppertone Pure & Simple Baby Sunscreen (SPF 50). In other words, Amazon itself—not a third party—lists these Sunscreen Products on Amazon's marketplace and sells, ships, and delivers them to consumers.

43.     In addition to selling goods as a first party, Amazon allows third-party sellers to list products on Amazon's marketplace. Such sellers enter into an agreement with Amazon to participate in its ecommerce marketplace by executing Amazon's Business Solutions Agreement as well as other related agreements.

44.     Amazon's Business Solutions Agreement with third-party sellers provides, *inter alia*, that Amazon controls: the formatting of product listings on its online marketplace; all communications about the third party's products with Amazon customers, which must take place exclusively through Amazon's online platform; and the processing of all payments, including what the permissible means of purchase are, and remittance of payments to merchants minus Amazon's substantial service fees—which range from 15-40% of the purchase price.

---

[12] Whole Foods is a wholly owned subsidiary of Amazon. Whole Foods' CEO, Jason Buechel, is also Amazon's Vice President of Worldwide Grocery Stores.

CLASS ACTION COMPLAINT - 13

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

45.     Amazon operates a fulfillment service known as "Fulfillment by Amazon." For third-party sellers participating in Fulfillment by Amazon, there are additional policies and requirements that govern the third party's products' presence on Amazon's marketplace.

46.     When a third-party seller participates in Fulfillment by Amazon, Amazon undertakes numerous activities to put the seller's goods in consumers' hands. Amazon stores Fulfillment by Amazon products at Amazon warehouses and tracks data related to inventory of the product. When a consumer places an order for the goods on Amazon's marketplace, Amazon facilitates the transaction, sorts and packages the goods in its warehouses, ships the goods directly to the consumer's doorstep, often via Amazon delivery vehicles, and handles customer service, including processing of returns, complaints, and refund requests.[13]

47.     Sales on Amazon's marketplace make up between 65% and 70% of all online marketplace sales in the United States and account for over 50% of all online retail sales revenue in the United States.[14] The vast majority of sales on Amazon's marketplace are of products that are either sold by Amazon as a first party or handled and shipped by Amazon via Fulfillment by Amazon.

---

[13] *In the Matter of Amazon.com, Inc.*, No. 21-2, Decision and Order of the United States Consumer Product Safety Commission at 7–11 (July 29, 2024). In regulatory proceedings, Amazon has attempted to avoid responsibility for selling dangerous products by arguing that it is a "third-party logistics provider" rather than a distributor. *Id.* at 6. In 2024, the United States Consumer Product Safety Commission rejected that argument, finding that Amazon acts as a distributor via Fulfillment by Amazon, and noting that Amazon "controls communications between [third-party sellers] and customers," and that "Amazon controls the distribution of Fulfilled by Amazon products from the initial transactions on Amazon.com through product returns." *Id.* at 34, 39.

[14] *Investigation of Competition in Digital Markets, Majority Staff Report and Recommendations*, SUBCOMMITTEE ON ANTITRUST, COMMERCIAL, AND ADMINISTRATIVE LAW OF THE COMMITTEE ON THE JUDICIARY OF THE HOUSE OF REPRESENTATIVES, 117th Congress, (released Oct. 2020, adopted Apr. 2021), at 255, https://www.govinfo.gov/content/pkg/CPRT-117HPRT47832/pdf/CPRT-117HPRT47832.pdf (last accessed April 29, 2026).

CLASS ACTION COMPLAINT - 14

48.      The Sunscreen Products, including Coppertone Pure & Simple Kids Sunscreen (SPF 50) and Thinkbaby Baby Sunscreen for Sensitive Skin (SPF 50), are listed and sold by third parties, but stored, handled, and shipped to consumers by Amazon via Fulfillment by Amazon.

**II.      Amazon Controls and Creates Content for the Sunscreen Products' Detail Pages**

49.      Amazon refers to the point-of-sale webpages for individual products sold on Amazon as "Product Detail Pages."

50.      Amazon exercises extensive control over the format and content of Product Detail Pages, even for products listed by third parties. The Business Solutions Agreement requires third-party sellers to provide certain "Required Product Information," on Detail Pages, including a description, SKU number, information regarding in-stock status and availability, product category information, digital images, price information, shipping and handling information, product dimensions, and "any text, disclaimers, warnings, notices, labels, warranties, or other content required by applicable Law to be displayed, or that are necessary for the safe use of Your Product, in connection with the offer, merchandising, advertising, or sale of Your Product."[15]

51.      Amazon monitors the content of product listings. If Amazon determines that Required Product Information is missing from a product listing, it asks the seller to provide the required information, and it removes the product listing from Amazon's marketplace if the seller does not comply.

---

[15] *Amazon Services Business Solutions Agreement*, AMAZON SELLER CENTRAL, https://sellercentral.amazon.com/help/hub/reference/external/G1791 (last accessed April 29, 2026).

CLASS ACTION COMPLAINT - 15

52.     Amazon provides third-party sellers with "Product detail page rules" that specify the format and content of product descriptions on Detail Pages. The rules include "policies for writing listings," which specify the number of characters a product title can have, prohibit the use of emojis, and forbid sellers from including quotes, testimonials, or requests for positive customer reviews in Detail Page content.

53.     When more than one third-party seller sells a given product on Amazon's marketplace, Amazon decides what information is displayed on the Detail Page.

54.     Amazon sells the Sunscreen Products to consumers on its platform.

55.     Each of the Sunscreen Products is sold on Amazon's website via a Product Detail Page. The Detail Page for each Sunscreen Product includes a product description and a picture of the product's ingredients panel, the specifications of which are set by Amazon.

56.     Amazon does not require sellers of Sunscreen Products to test their products for heavy metals or include the results of such tests on Detail Pages.

57.     Amazon also does not include the results of heavy metals tests on Detail Pages for the Sunscreen Products manufactured by Amazon itself or its subsidiaries.

58.     The Sunscreen Products at issue in this case, and the levels of heavy metals found in each product, are listed in Appendix A.

59.     For example, the Detail Page for the Sun Bum Baby Bum Mineral Sunscreen Stick (SPF 50) purchased by Plaintiff Wolf is set forth below:

CLASS ACTION COMPLAINT - 16

**Breskin Johnson Trial Lawyers, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660



60.     The Product Detail Page contains language touting the superiority of this particular product, describing it as "gentle," "meet[ing] the needs of delicate baby skin," and "specifically formulated for kids, toddlers, and babies." Nowhere does it disclose that the sunscreen contains dangerous heavy metals, including arsenic and cadmium:

CLASS ACTION COMPLAINT - 17

## Top highlights ︿

| Scent | Unscented |
|---|---|
| Product Benefits | Gentle Mineral-active, Ultra-Violet Protection |
| Sun Protection Factor | 15 Sun Protection Factor (SPF) |
| Item Weight | 0.03 Pounds |
| Number of Items | 1 |

### About this item

- BABY BUM SPF 50 SUNSCREEN FACE STICK. Our convenient, get-out-the-door faster format is gentle mineral-active based protection. The easy roll-on face stick applies and absorbs quickly to face (and body) with a non-oily feel for UVA/UVB protection. Fit this mini size in your carry-on for your next sunny vacation.
- GENTLE, PLANT-BASED SKIN CARE. Our plant-based formula contains zinc oxide, coconut oil, shea butter and cocoa butter to nourish and hydrate all skin types. Vegan, Cruelty, Gluten and Dye Free to meet the needs of delicate baby skin.
- HOW TO USE. Chase 'em down and get their face. Swipe across forehead starting at the hairline and work your way down careful not to miss a spot. Apply 15 minutes before sun. Reapply after 80 minutes of swimming, and immediately after a towel dry.
- FORMULATED FOR OUR RAD LITTLE KIDS. Specifically formulated for kids, toddlers and babies with naturally moisturizing ingredients. Pediatrician and Dermatologist tested. Paraben, Sulfate, Silicone and Phthalate free.
- TRUST THE BUM. What does that mean? It means trust us, the ones who live on the beach and need products that work on the most intense days in the sun. The simple truth is, when you make products to protect the ones you love, you make 'em better.
- Baby Bum SPF 50 Mineral Sunscreen Face Stick is FSA/HSA eligible and meets FDA requirements for sun protection, giving you peace of mind while you protect your skin

61.     Another section of the Detail Page claims that the sunscreen is "made of safe minerals to protect babies' skin[.]" This product description also does not disclose that the sunscreen contains dangerous heavy metals, including arsenic and cadmium:

### Product Description

Broad spectrum, lightweight, and non-greasy, our SPF 50 sunscreen face stick is made of safe minerals to protect babies' skin from UVA/UVB rays. Water resistant (80 mins).

CLASS ACTION COMPLAINT - 18

62. Amazon also includes statements from the manufacturer on the Detail Page, including claims that the sunscreen is "super gentle" and "uses the best ingredients for delicate and sensitive skin," that "was designed with sensitive skin in mind and made without using synthetic fragrances, dyes, or parabens." None of the statements disclose the presence of heavy metals.



63. Further, the Detail Page also includes claims meant to invoke trust in the manufacturer, "Trust the Bum… It means trust us… The simple truth is, when you make products to protect the ones you love, you make 'em better."

CLASS ACTION COMPLAINT - 19



64.    The Detail Page for the Thinkbaby Baby Sunscreen for Sensitive Skin (SPF 50)

purchased by Plaintiff Wolf is set forth below:



CLASS ACTION COMPLAINT - 20



65.    The Product Detail Page contains language touting the superiority of this particular product, describing it as "formulated without fragrance or harmful ingredients," "Dermatologist recommended as a safe and effective choice for sensitive skin," and "CLEAN MINERAL FORMULA: Suitable for sensitive skin." Nowhere does it disclose that the sunscreen contains dangerous heavy metals, including arsenic and cadmium:

CLASS ACTION COMPLAINT - 21

**Top highlights** ∧

| | |
|---|---|
| Scent | Chamomile |
| Product Benefits | SPF 50, broad spectrum UVA/UVB protection, water resistant for 80 minutes, soothing for sensitive skin |
| Sun Protection Factor | 50 Sun Protection Factor (SPF) |
| Item Weight | 0.12 Kilograms |
| Number of Items | 1 |

**About this item**

- CALMING PROTECTION: Our non-nano zinc oxide mineral sunscreen is formulated without fragrance or harmful ingredients and infused with soothing chamomile & moisturizing shea butter to help calm and nourish extra sensitive skin
- WATER RESISTANT: This baby and kids sunscreen provides reliable, long-lasting sun protection and is water-resistant for up to 80 minutes. Dermatologist recommended as a safe and effective choice for sensitive skin
- EASY APPLICATION: Kids hate standing still, so this is sunscreen kids and adults can quickly and easily apply, and protection begins instantly. The fast absorbing sunscreen for kids won't leave skin feeling oily or sticky, and has no unpleasant chemical scent.
- CLEAN MINERAL FORMULA: Suitable for sensitive skin and active lifestyles. This children and toddler sunscreen has no BPA, vegan, never tested on animals, reef-friendly, travel-sized, and TSA-approved
- SUNCARE BY THINK SUN: Thinkdaily, Thinkbaby, Thinkkids & Thinksports have got your family covered with gentle and reef-safe ingredient based clean sunscreen, made to be effective for delicate and sensitive skin without sacrificing protection

66.     Another section of the Detail Page claims that the sunscreen as "perfect for extra sensitive little ones!" "gentle on skin," "free of harmful chemicals," and "dermatologist recommended." This product description also does not disclose that the sunscreen contains dangerous heavy metals, including arsenic and cadmium:

CLASS ACTION COMPLAINT - 22



67.    The Detail Page for the Sun Bum Baby Bum Mineral Roll-On Sunscreen (SPF 50) purchased by Plaintiff Correia is set forth below:

CLASS ACTION COMPLAINT - 23

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660





68.    The Product Detail Page contains language touting the superiority of this particular product, describing it as "gentle," "meet[ing] the needs of delicate baby skin," and "specifically formulated for kids, toddlers, and babies." Nowhere does it disclose that the sunscreen contains dangerous heavy metals, including arsenic and cadmium:

CLASS ACTION COMPLAINT - 24

**Top highlights**                                     ⌃

| Scent | Unscented |
| Product Benefits | Gentle Mineral-active, Ultra-Violet Protection |
| Sun Protection Factor | 50 Sun Protection Factor (SPF) |
| Brand | Sun Bum |
| Item Weight | 88 Grams |

**About this item**

- BABY BUM SPF 50 MINERAL ROLL-ON LOTION. We know how tough it can be to get our little ones to stand still. So, we made a sunscreen option that's gentle mineral-active based, lightweight, and most importantly, easy to apply. Fit this mini size in your carry-on for your next sunny vacation.
- Baby Bum SPF 50 Mineral Roll-On Sunscreen Lotion is FSA/HSA eligible and meets FDA requirements for sun protection, giving you peace of mind while you protect your skin
- GENTLE, PLANT-BASED SKIN CARE. Our plant-based formula contains natural zinc oxide, coconut oil, shea butter and cocoa butter to nourish and hydrate all skin types. Vegan, Cruelty, Gluten and Dye Free to meet the needs of delicate baby skin.
- TRUST THE BUM. What does that mean? It means trust us, the ones who live on the beach and need products that work on the most intense days in the sun. The simple truth is, when you make products to protect the ones you love, you make 'em better.
- FORMULATED FOR OUR RAD LITTLE KIDS. Specifically formulated for kids, toddlers and babies with naturally moisturizing ingredients. Pediatrician and Dermatologist tested. Paraben, Sulfate, Silicone and Phthalate free.
- HOW TO USE. Shake well before use. Chase 'em down, apply liberally and spread by hand 15 minutes before sun exposure. Reapply: after 80 minutes of swimming or sweating. Immediately after towel drying. At least every 2 hours.

69.    Another section of the Detail Page claims that the sunscreen is "made of safe minerals to protect babies' skin[.]" This product description also does not disclose that the sunscreen contains dangerous heavy metals, including arsenic and cadmium:

**Product Description**

Broad spectrum, lightweight, and non-greasy, our SPF 50 roll on sunscreen is made of safe minerals to protect babies' skin from UVA/UVB rays. Water resistant (80 mins).

70.    Amazon also includes statements from the manufacturer on the Detail Page, including claims that the sunscreen is "super gentle" and "uses the best ingredients for delicate

CLASS ACTION COMPLAINT - 25

and sensitive skin," that "was designed with sensitive skin in mind and made without using synthetic fragrances, dyes, or parabens." None of the statements disclose the presence of heavy metals:







71.     Further, the Detail Page also includes claims meant to invoke trust in the manufacturer, "Trust the Bum… It means trust us… The simple truth is, when you make products to protect the ones you love, you make 'em better."

CLASS ACTION COMPLAINT - 26



72.     The Detail Pages also contain a feature called "Ask Rufus." "Rufus" is Amazon's "AI-powered conversational shopping assistant." It is powered by technology that is proprietary to Amazon, and Amazon—not third parties—causes Rufus to appear on Product Detail Pages.

73.     On the Detail Page for Sun Bum Baby Bum Mineral Sunscreen Stick (SPF 50), Amazon—via "Rufus"—poses the question "Is this sunscreen water resistant?":

CLASS ACTION COMPLAINT - 27



74.     When consumers click on that question, Amazon states that "The product information does not provide explicit details about the presence or absence of additives or preservatives":



75.     The "Ask Rufus" feature currently appears on the Detail Pages for each of the Sunscreen Products sold on Amazon.

CLASS ACTION COMPLAINT - 28

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

76.     The contents of the point-of-sale Detail Pages for the Sunscreen Products show that (1) Amazon knows that the benefits and ingredients of a sunscreen product are material to consumers, and (2) Amazon fails to disclose to consumers the fact that the Sunscreen Product contains heavy metals.

77.     Excerpts from the Product Detail Pages for the Sunscreen Products are attached in Appendix B.

**III.     The Heavy Metals in the Sunscreen Products Are Material to Reasonable Consumers**

78.     Although Amazon misleadingly causes consumers to believe the Sunscreen Products do not contain heavy metals due to the Misrepresentations, partial misrepresentations, the Omissions, concealment, and other deceptive conduct, the Sunscreen Products do in fact contain undisclosed, detectable levels of heavy metals, including cadmium and lead, which is material information to reasonable consumers.

79.     Plaintiffs' counsel had samples of the Sunscreen Products tested. That testing confirmed the presence of undisclosed heavy metals:

| Product (Testing by Plaintiffs) | Cadmium | Lead |
|---|---|---|
| 365 by Whole Foods Market Sport Mineral Sunscreen Lotion (SPF 30) | 78.5 ppb | 1,705.3 ppb |
| Sun Bum Baby Bum Mineral Sunscreen Lotion (SPF 50) | 177.7 ppb | 548 ppb |
| Sun Bum Baby Bum Mineral Sunscreen Lotion (SPF 50)[16] | 24.7 ppb | 409.8 ppb |
| Sun Bum Baby Bum Mineral Roll-On Sunscreen (SPF 50)[17] | 117.1 ppb | 982.7 ppb |

---

[16] This testing represents results from product purchased by Plaintiff Wolf.

[17] This testing represents results from product purchased by Plaintiff Correia.

CLASS ACTION COMPLAINT - 29

| Product (Testing by Plaintiffs) | Cadmium | Lead |
|---|---|---|
| Banana Boat Simply Protect Baby Sunscreen Lotion (SPF 50) | 10.78 ppb | 455.92 ppb |
| Banana Boat Simply Protect Kids Sunscreen Lotion (SPF 50) | 97 ppb | 323.9 ppb |
| Blue Lizard Baby Mineral Sunscreen Stick (SPF 50) | 96.5 ppb | 2,728.5 ppb |
| Blue Lizard Kids Mineral Sunscreen Stick (SPF 50) | 221.3 ppb | 1,021.5 ppb |
| Coppertone Kids Tear Free Sunscreen Lotion (SPF 50) | 12.59 ppb | 264.1 ppb |
| Coppertone Pure & Simple Baby Sunscreen Lotion (SPF 50) | 360.7 ppb | 986.2 ppb |
| Coppertone Pure & Simple Kids Sunscreen Lotion (SPF 50) | 429.7 ppb | 1,350.9 ppb |
| Thinkbaby Baby Mineral Sunscreen Lotion (SPF 50) | 613.9 ppb | 658.2 ppb |
| Thinkbaby Baby Sunscreen for Sensitive Skin (SPF 50) | 656.5 ppb | 1,364.7 ppb |
| Thinkbaby Baby Sunscreen for Sensitive Skin (SPF 50)[18] | 133.7 ppb | 869.3 ppb |

80.     Testing conducted by lead-poisoning prevention and consumer goods safety advocate Lead Safe Mama, LLC ("LSM") in May 2025 also confirmed the presence of heavy metals in popular sunscreen products, including certain Sunscreen Products.[19]

81.     In June 2025, LSM published its testing results that showed five of the Sunscreen Products, contained extremely high levels of cadmium and lead.[20]

---

[18] This testing represents results from product purchased by Plaintiff Wolf.

[19] *See* Exhibit 1 (Lead Safe Mama Chart), *supra*.

[20] *See id.*; *see also* Lab Results from Purity Laboratories for Sunscreen Products tested by Lead Safe Mama, attached hereto as Exhibit 2.

CLASS ACTION COMPLAINT - 30

| Product (Testing by LSM) | Cadmium | Lead |
|---|---|---|
| Sun Bum Baby Bum Mineral Sunscreen Lotion (SPF 50) | 232.4 ppb | 495.1 ppb |
| Blue Lizard Sensitive Mineral Sunscreen Lotion (SPF 50) | 266.7 ppb | 666.3 ppb |
| Coppertone Pure & Simple Baby Sunscreen Lotion (SPF 50) | 356.10 ppb | 1,017.5 ppb |
| ThinkBaby Clear Zinc 20% Sunscreen Lotion (SPF 30) | 645 ppb | 1,235.4 ppb |
| ThinkBaby Zinc Oxide Sunscreen Lotion (SPF 50) | 575.5 ppb | 1,251.1 ppb |

82.    The levels of lead, in particular, are significantly high and far exceed the action level set by the U.S. Environmental Protection Agency ("EPA") of 15 parts per billion ("ppb") for public water that requires actions and treatment technique requirements.[21]

83.    Regardless of level, though, as stated herein, no level of heavy metals is safe.[22]

84.    Moreover, the inclusion or real risk of high levels of cadmium and lead contradict and impede the central function of the Sunscreen Products. The Sunscreen Products

---

[21] Forensic Analytical Consulting Services, *Guide to PPB and "Safe" Lead Levels in Water: Understanding the Standards*, Mar. 20, 2024 (last updated Mar. 20, 2026), https://facs.com/blog/guide-to-ppb-and-safe-lead-levels-in-water-understanding-the-standards/#:~:text=There%20is%20no%20safe%20level%20of%20lead.,include%20replacement%20of%20lead%20plumbing (last accessed April 29, 2026).

[22] Closer to Zero Public Meeting Transcript at 32, 72, 179; *FDA Webinar: Action Levels for Lead in Food Intended for Babies and Young Children: Draft Guidance*, at 5 (March 2, 2023), https://www.fda.gov/media/166188/download (last accessed April 29, 2026); Kevin Loria, *Congressional Report Finds More Problems With Heavy Metals in Baby Food*, Consumer Reports (Sept. 29, 2021, updated Oct. 20, 2021), https://www.consumerreports.org/food-safety/problems-with-heavy-metals-in-baby-food-congressional-report-a6400080224/#:~:text=%E2%80%9CThere%20is%20no%20safe%20level,research%20and%20%20testing%20at%20CR (last accessed April 29, 2026).

CLASS ACTION COMPLAINT - 31

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

are intended to provide sun protection. Cadmium and lead provide no such protection and instead pose health risks to infants and children

85.     Based on the Misrepresentations, partial misrepresentations, and Omissions, and other deceptive conduct, reasonable consumers, including Plaintiffs, would not expect heavy metals, including cadmium and lead, to be present in the Sunscreen Products.

86.     Further, reasonable consumers would not be able to detect the presence of heavy metals in the Sunscreen Products without conducting their own scientific tests or reviewing scientific testing.

87.     Accordingly, reasonable consumers must and do rely on Amazon to honestly report what the Sunscreen Products it sells contain.

88.     Plaintiffs relied on the Products' point-of-sale webpages, Misrepresentations, partial misrepresentations, and Omissions by Amazon when making their purchasing decisions.

**IV.     Amazon Has Actively Concealed the Truth About the Sunscreen Products from Consumers**

89.     Amazon actively and knowingly concealed from and failed to disclose to consumers, including Plaintiffs and the Class, that the Sunscreen Products it sells to consumers contain or materially risk containing heavy metals, including cadmium and lead.

90.     Amazon actively and knowingly concealed and failed to disclose material facts to Plaintiffs and other consumers about the negative health effects of the Sunscreen Products it sells.

91.     Information regarding the presence of heavy metals in the Sunscreen Products is in the exclusive possession of Amazon and not readily available to consumers. Amazon

CLASS ACTION COMPLAINT - 32

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

chose to not disclose such information to consumers and thus actively concealed the presence of heavy metals in the Sunscreen Products.

92.     Amazon knowingly and actively concealed the material facts from consumers because it knew consumers cared about the Sunscreen Products' quality, ingredients, standards, and suitability for use, and if consumers were to learn the truth about Amazon's claims, it would negatively affect Amazon's finances.

93.     Amazon knew or should have known of the negative health effects caused by exposure to heavy metals, yet knowingly and actively concealed the presence or material risk of heavy metals in the Sunscreen Products.

94.     The knowing and active concealment of these material facts render the point-of-sale webpages for the Sunscreen Products' deceptive, misleading, and unfair because without full disclosure, reasonable consumers, including Plaintiffs and the Class, believe the Sunscreen Products to be of a certain quality and suitable for use when they are not.

95.     Plaintiffs and the Class Members made purchases they would not have made or paid a premium price for the Sunscreen Products had they known the truth based on Amazon's active concealment, Omissions, Misrepresentations, and partial representations regarding the presence or material risk of heavy metals in the Sunscreen Products.

96.     Amazon charged, and Plaintiffs purchased Sunscreen Products, paying a premium price, despite the availability of comparable, lesser-priced sunscreen products sold by other retailers with no detectable levels of heavy metals:

CLASS ACTION COMPLAINT - 33

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

| Sunscreen Products | Price/ Ounce | Competitor Sunscreen Product | Price/ Ounce |
|---|---|---|---|
| Thinkbaby Baby Mineral Sunscreen Lotion (SPF 50) | $3.50 | Up & Up Kids' Sunscreen Spray Lotion (SPF 50) | $0.82 |
| Sun Bum Baby Bum Sunscreen Lotion (SPF 50) | $3.66 | Up & Up Kids' Sunscreen Lotion (SPF 50) | $0.62 |
| Sun Bum Baby Bum Sunscreen Spray (SPF 50) | $3.84 | Up & Up Kids' Sunscreen Spray (SPF 50) | $0.91 |
| Thinkbaby Baby Sunscreen for Sensitive Skin (SPF 50) | $5.16 | Coppertone Water Babies Sunscreen Lotion (SPF 50) | $1.11 |
| Sun Bum Baby Bum Mineral Roll-On Sunscreen (SPF 50) | $5.50 | Coppertone Kids Sunscreen Spray (SPF 50) | $1.36 |
| Blue Lizard Baby Mineral Sunscreen Stick (SPF 50) | $17.48 | | |
| Blue Lizard Kids Mineral Sunscreen Stick (SPF 50) | $17.54 | | |
| Sun Bum Baby Bum Mineral Sunscreen Stick (SPF 50) | $28.87 | | |

97.     The facts concealed, omitted, or not disclosed by Amazon were material such that reasonable consumers, including Plaintiffs and the Class, would have considered them when deciding whether to purchase the Sunscreen Products. Had Plaintiffs known the truth, she would not have purchased the Sunscreen Products or paid the premium price.

**V.      Due to the Presence and Material Risk of Heavy Metals, the Misrepresentations, Partial Misrepresentations, and Omissions Make Amazon's Point-of-Sale Webpages Materially Misleading**

98.     Testing conducted by Plaintiffs and LSM show the Sunscreen Products contain detectable levels of both cadmium and lead.

| Product (Testing by Plaintiffs) | Cadmium | Lead |
|---|---|---|
| 365 by Whole Foods Market Sport Mineral Sunscreen Lotion (SPF 30) | 78.5 ppb | 1,705.3 ppb |

CLASS ACTION COMPLAINT - 34

| Product (Testing by Plaintiffs) | Cadmium | Lead |
|---|---|---|
| Sun Bum Baby Bum Mineral Sunscreen Lotion (SPF 50) | 177.7 ppb | 548 ppb |
| Sun Bum Baby Bum Mineral Sunscreen Lotion (SPF 50)[23] | 24.7 ppb | 409.8 ppb |
| Sun Bum Baby Bum Mineral Roll-On Sunscreen (SPF 50)[24] | 117.1 ppb | 982.7 ppb |
| Banana Boat Simply Protect Baby Sunscreen Lotion (SPF 50) | 10.78 ppb | 455.92 ppb |
| Banana Boat Simply Protect Kids Sunscreen Lotion (SPF 50) | 97 ppb | 323.9 ppb |
| Blue Lizard Baby Mineral Sunscreen Stick (SPF 50) | 96.5 ppb | 2,728.5 ppb |
| Blue Lizard Kids Mineral Sunscreen Stick (SPF 50) | 221.3 ppb | 1,021.5 ppb |
| Coppertone Kids Tear Free Sunscreen Lotion (SPF 50) | 12.59 ppb | 264.1 ppb |
| Coppertone Pure & Simple Baby Sunscreen Lotion (SPF 50) | 360.7 ppb | 986.2 ppb |
| Coppertone Pure & Simple Kids Sunscreen Lotion (SPF 50) | 429.7 ppb | 1,350.9 ppb |
| Thinkbaby Baby Mineral Sunscreen Lotion (SPF 50) | 613.9 ppb | 658.2 ppb |
| Thinkbaby Baby Sunscreen for Sensitive Skin (SPF 50) | 656.5 ppb | 1,364.7 ppb |
| Thinkbaby Baby Sunscreen for Sensitive Skin (SPF 50)[25] | 133.7 ppb | 869.3 ppb |

---

[23] This testing represents results from product purchased by Plaintiff Wolf.

[24] This testing represents results from product purchased by Plaintiff Correia.

[25] This testing represents results from product purchased by Plaintiff Wolf.

CLASS ACTION COMPLAINT - 35

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

| Product (Testing by LSM) | Cadmium | Lead |
|---|---|---|
| Sun Bum Baby Bum Mineral Sunscreen Lotion (SPF 50) | 232.4 ppb | 495.1 ppb |
| Blue Lizard Sensitive Mineral Sunscreen Lotion (SPF 50) | 266.7 ppb | 666.3 ppb |
| Coppertone Pure & Simple Baby Sunscreen Lotion (SPF 50) | 356.10 ppb | 1,017.5 ppb |
| ThinkBaby Clear Zinc 20% Sunscreen Lotion (SPF 30) | 645 ppb | 1,235.4 ppb |
| ThinkBaby Zinc Oxide Sunscreen Lotion (SPF 50) | 575.5 ppb | 1,251.1 ppb |

99.    Government agencies and other experts acknowledge and agree there are no known safe levels of heavy metals:

- Conrad Choiniere, Director of the Office of Analytics and Outreach in the U.S. Food and Drug Administration's ("FDA") Center for Food Safety and Applied Nutrition: "However overall exposure adds up because many of the foods we eat contain these contaminants in small amounts. This is not to say that we should not be concerned. On the contrary, for the contaminants we are discussing today, we have not identified safe levels of exposure for developmental outcomes."[26]

- Dr. Aparna Bole, pediatrician speaking on behalf of the American Academy of Pediatrics ("AAP"): "There is no known safe level of exposure to these metals for children. Exposure to toxic elements has a disproportionate effect on infants and toddlers because their brains are rapidly developing, especially during their first 1,000 days."[27]

---

[26] Closer to Zero Public Meeting Transcript at 32.

[27] *Id*. at 179.

CLASS ACTION COMPLAINT - 36

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

- Dr. Karagas, Professor and Chair of the Department of Epidemiology at the Geisel School of Medicine at Dartmouth College: "Arsenic, cadmium, mercury and lead, shown here, circled in these red circles, they do not have any known physiologic essential function in the body and there is no known safe level to our knowledge."[28]

100.   Heavy metals are neurotoxins, or poisons, which affect the nervous system.[29]

101.   With respect to children, exposure to these heavy metals "diminish[es] quality of life, reduce[s] academic achievement, and disturb[s] behavior, with profound consequences for the welfare and productivity of entire societies."[30] Heavy metals can harm the "developing brain and nervous system" and cause negative impacts such as "the permanent loss of intellectual capacity and behavioral problems like attention-deficit hyperactivity disorder ('ADHD')."[31] Even in trace amounts, heavy metals can alter the developing brain and erode a child's intelligence quotient ("IQ").[32]

---

[28] *Id*. at 72.

[29] *See*, *e.g.*, U.S. House of Representatives, Committee on Oversight and Reform, Subcommittee on Economic and Consumer Policy, *Staff Report: Baby Foods Are Tainted with Dangerous Levels of Arsenic, Lead, Cadmium, and Mercury*, at 2, Feb. 4, 2021, https://oversightdemocrats.house.gov/sites/evo-subsites/democrats-oversight.house.gov/files/2021-02-04%20ECP%20Baby%20Food%20Staff%20Report.pdf (last accessed April 29, 2026) (hereinafter "Congressional Committee Report") ("The Food and Drug Administration and the World Health Organization have declared them [heavy metals] dangerous to human health, particularly to babies and children, who are most vulnerable to their neurotoxic effects. Even low levels of exposure can cause serious and often irreversible damage to brain development.").

[30] Healthy Babies Bright Futures, *What's in My Baby's Food?*, at 13, Oct. 2019, https://hbbf.org/sites/default/files/2022-12/BabyFoodReport_ENGLISH_R6_0.pdf (last accessed April 30, 2026) (hereinafter "HBBF Report").

[31] *Id.* at 6.

[32] *See* Congressional Committee Report, *supra*, at 2.

CLASS ACTION COMPLAINT - 37

**Breskin Johnson Trial Lawyers, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

102.    Due to their smaller physical size and still-developing brain and organs, babies and toddlers are particularly susceptible to the toxic effects of heavy metals because "[t]hey also absorb more of the heavy metals that get into their bodies than adults do."[33]

103.    Of additional concern to developing children are the health risks related to simultaneous exposure to multiple heavy metals as "co-exposures can have interactive adverse effects."[34] Heavy metals disturb the body's metabolism and cause "significant changes in various biological processes such as cell adhesion, intra- and inter-cellular signaling, protein folding, maturation, apoptosis, ionic transportation, enzyme regulation, and release of neurotransmitters."[35]

104.    According to Victor Villarreal, Ph.D., Assistant Professor in the Department of Educational Psychology at the University of Texas at San Antonio who has studied the effects of heavy metals on childhood development, "[t]he effects of early exposure to heavy metals can have long-lasting impacts that may be impossible to reverse."[36]

105.    Research continues to confirm that exposures to heavy metals cause "troubling risks for babies, including cancer and lifelong deficits in intelligence[.]"[37]

---

[33] Jesse Hirsch, *Heavy Metals in Baby Food: What You Need to Know*, CONSUMER REPORTS, (Aug. 16, 2018, updated June 27, 2023, https://www.consumerreports.org/food-safety/heavy-metals-in-baby-food/ (last accessed April 29, 2026) (internal citation omitted) (hereinafter "Consumer Reports: Heavy Metals in Baby Food").

[34] Rachel Morello-Frosch, et al., *Environmental Chemicals in an Urban Population of Pregnant Women and Their Newborns from San Francisco*, ENVIRONMENTAL SCIENCE & TECHNOLOGY, Oct. 26, 2016, https://pmc.ncbi.nlm.nih.gov/articles/PMC6681912/ (last accessed April 29, 2026).

[35] Monisha Jaishankar, et al., *Toxicity, Mechanism and Health Effects of Some Heavy Metals* at 62, INTERDISCIPLINARY TOXICOLOGY, Nov. 14, 2014, https://reference-global.com/article/10.2478/intox-2014-0009?tab=preview (last accessed April 29, 2026).

[36] Consumer Reports: Heavy Metals in Baby Food, *supra*.

[37] HBBF Report, *supra*, at 1.

CLASS ACTION COMPLAINT - 38

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

106.    As Dr. James E. Rogers, the director of food safety research and testing at Consumer Reports, has said "[t]*here is no safe level of heavy metals*, so the goal should be to have no measurable levels of any heavy metal in baby and toddler foods."[38]

107.    The FDA and the World Health Organization ("WHO") have declared heavy metals "dangerous to human health, particularly to babies and children, who are most vulnerable to their neurotoxic effects."[39]

108.    The health effects associated with exposure to heavy metals are not limited to infants and young children. Exposure to heavy metals, even in small amounts, can lead to life-long effects. Heavy metals can remain in the human body for years and as a result, can accumulate in the body, such as in the kidneys and other internal organs, increasing their risk to a person over time.[40]

109.    Because heavy metals can bioaccumulate in the body, even regular exposure to small amounts can increase the material risk of various health issues, including bladder, lung, and skin cancer; cognitive and reproductive problems; and type 2 diabetes.[41]

110.    Exposure to heavy metals has also been shown to have long-lasting effects on cardiovascular toxicity, hypertension, arrhythmia, atherosclerosis,[42] as well as gastrointestinal

---

[38] Congressional Report Finds More Problems with Heavy Metals in Baby Food, *supra* (emphasis added).

[39] Congressional Committee Report, *supra*, at 2.

[40] *See id*.

[41] *See id*.

[42] Pan Ziwei, Gong Tingyu, and Ping Liang, *Heavy Metal Exposure and Cardiovascular Disease*, CIRCULATION RESEARCH, Apr. 26, 2024, https://www.ahajournals.org/doi/epub/10.1161/CIRCRESAHA.123.323617 (last accessed April 29, 2026).

CLASS ACTION COMPLAINT - 39

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

and kidney dysfunction, nervous system disorders, skin lesions, vascular damage, immune system dysfunction, birth defects, and cancer.[43]

### A. Children are Especially Vulnerable to Exposure to Heavy Metals

111.    Infants and children can be exposed to heavy metals through a variety of pathways, including through hand-to-mouth behavior and dermal absorption.

112.    Children are especially vulnerable to the negative health effects associated with exposure to heavy metals like lead.[44] The EPA has stated that vulnerability is because children's "growing bodies absorb more lead than adults do and their brains and nervous systems are more sensitive to the effects of lead."[45] The Centers for Disease Control and Prevention ("CDC") has also stated that "Children have a higher intake of lead per unit of body weight than adults…. Children absorb more lead via the gastrointestinal tract than adults. Lead can cross the blood-brain barrier. As children's central nervous systems are still developing, they are particularly vulnerable to neurotoxic effects of lead."[46]

[43] Mahdi Balali-Mood, et al., *Toxic Mechanisms of Five Heavy Metals: Mercury, Lead, Chromium, Cadmium, and Arsenic*, FRONTIERS IN PHARMACOLOGY, Apr. 12, 2021, https://www.frontiersin.org/journals/pharmacology/articles/10.3389/fphar.2021.643972/full (last accessed April 29, 2026).

[44] Mayo Clinic, *Lead Poisoning*, Dec. 24. 2025, https://www.mayoclinic.org/diseases-conditions/lead-poisoning/symptoms-causes/syc-20354717 (last accessed April 21, 2026) ("Children younger than age 6 are especially vulnerable to lead poisoning, which can severely affect how a child's body grows and brain develops.").

[45] U.S. Environmental Protection Agency, *Learn About Lead*, April 24, 2026, https://www.epa.gov/lead/learn-about-lead (last accessed April 29, 2026).

[46] World Health Organization, *Preventing Disease Through Health Environments: Exposure to Lead: A Major Public Concern*, at 5, 4th Ed., https://iris.who.int/server/api/core/bitstreams/48b6e05d-1d82-4ccd-adc6-a0bbea71b456/content (last accessed April 21, 2026); *see also* CDC, *Lead Exposure Symptoms and Complications*, April 10, 2024, https://www.cdc.gov/lead-prevention/symptoms-complications/index.html (last accessed April 21, 2026); World Health Organization, *Lead Poisoning*, Sept. 27, 2024, https://www.who.int/news-room/fact-sheets/detail/lead-poisoning-and-health (last accessed April 21, 2026) ("Young children are particularly vulnerable to lead

CLASS ACTION COMPLAINT - 40

113. Like children's hands or other objects like toys or soil that are contaminated with lead dust, after sunscreen (that contains heavy metals such as lead and cadmium) is applied, children can be exposed to heavy metals after they put their hands or skin in their mouths.

114. The AAP has stated that "children [can] unintentionally ingest [lead] through normal hand-to-mouth behavior.[47] Similarly, the WHO has recognized that "children's innate

poisoning as they may absorb up to 4-5 times as much lead as adults from an ingested dose."); World Health Organization, *Lead Poisoning*, https://www.who.int/health-topics/lead-poisoning#tab=tab_2 (last accessed April 21, 2026) ("Young children are particularly vulnerable because they have higher exposures than adults and because lead affects the developing brain, potentially resulting in reduced intellectual ability."); WHO, *FACT: Lead is toxic*, https://cdn.who.int/media/images/default-source/headquarters/campaigns/international-lead-poisoning-prevention-week-of-action/2025/lead-exposure-lppw2025-4.png (last accessed April 21, 2026).

[47] American Academy of Pediatrics, *Lead Exposure in Children*, May 12, 2025, https://www.aap.org/en/patient-care/lead-exposure/lead-exposure-in-children/ (last accessed April 29, 2026).

CLASS ACTION COMPLAINT - 41

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

curiosity and their age-appropriate and frequent hand-to-mouth and object-to-mouth behaviors increase their risk of exposure to lead-contaminated dust, soil and paint."[48] As the CDC stated, "[c]hildren younger than 6 years are more likely to be exposed due to their hand-to-mouth behavior."[49]

115.    "Dermal absorption happens when a chemical goes through the skin and travels into the body."[50] "Cosmetics don't just stay on our skin. Our bodies' skin not only absorbs some of the harmful chemicals that are applied to it, but we can also inhale the chemicals or wind up ingesting them from products like lipstick."[51]

116.    "Scientific evidence from multiple research approaches confirms that chemicals from personal care products are readily absorbed through the skin and can be detected throughout the body."[52]

---

[48] World Health Organization, *Lead Poisoning*, Sept. 27, 2024, https://www.who.int/news-room/fact-sheets/detail/lead-poisoning-and-health (last accessed April 29, 2026); World Health Organization, *Preventing Disease Through Health Environments: Exposure to Lead: A Major Public Concern*, at 5, 4th Ed., https://iris.who.int/server/api/core/bitstreams/48b6e05d-1d82-4ccd-adc6-a0bbea71b456/content (last accessed April 29, 2026) ("Contaminated dust and soil are important sources of lead exposure for infants due to their high levels of hand-to-mouth and object-to-mouth behaviors.").

[49] CDC, *About Childhood Lead Poisoning Prevention*, Aug. 21, 2025, https://www.cdc.gov/lead-prevention/about/index.html (last accessed April 29, 2026); *see also* CDC, *Risk Factors and Children*, Aug. 21, 2025, https://www.cdc.gov/lead-prevention/risk-factors/children.html (last accessed April 29, 2026) ("Young children may also put their hands or other objects with lead dust, into their mouths.").

[50] CDC, *Skin Exposures and Effects*, Mar. 4, 2026, https://www.cdc.gov/niosh/skin-exposure/about/index.html#:~:text=Dermal%20Absorption,of%20reported%20occupational%20skin%20disease (last accessed April 29, 2026).

[51] Toxic-Free Future, *Implementation of the Toxic-Free Cosmetics Act*, https://toxicfreefuture.org/washington-state/implementation-of-the-toxic-free-cosmetics-act/ (last accessed April 29, 2026).

[52] Breast Cancer Prevention Partners, *BCPP Overview: How Do We Know Cosmetics Are Absorbed Into the Body?*, Jan. 15, 2026, https://www.bcpp.org/how-do-we-know-cosmetics-are-absorbed-into-the-body/ (last accessed April 29, 2026).

CLASS ACTION COMPLAINT - 42

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

117.    Infants are particularly susceptible to dermal exposure to heavy metals because "[i]nfant skin is thinner and more absorbent than adult skin, and babies lack the detoxification capacity of older children or adults . . . . even small amounts of contamination can become clinically meaningful when exposure is repeated day after day . . . . Repeated dermal exposure to toxicants during this window is not benign, even when individual exposures seem small . . . . When applied frequently to permeable infant skin during rapid brain development, even low-level contamination becomes meaningful."[53]

118.    While sunscreen products are considered over the counter drugs, not cosmetics, their routes of application (e.g., rubbed into or sprayed onto skin) are similar to cosmetics, which can cause negative health effects.  For example, the New York City Health Department recently warned consumers about the danger of using skin lightening cream that contains elevated levels of mercury.[54] "Mercury in skin products can harm the user. Household members who are not using the products themselves can also be exposed by breathing in mercury vapors emitted by the products and by coming into contact with bed linens, towels or other clothing contaminated by the products."[55] Similarly, certain religious cosmetics and powders that contain lead "can enter your body if you put your hands in your mouth after

---

[53] Perro, Michelle, *What Parents Can Do About Diaper Creams After Disturbing Heavy-Metal Test Results*, Jan. 19, 2026, https://michelleperromd337477.substack.com/p/what-parents-can-do-about-diaper (last accessed April 29, 2026); *see also* Children's Health Defense, Canada Chapter, *Heavy Metals and Infant Exposure: What Parents Need to Know About Diaper Creams and Baby Formula*, Jan. 23, 2026, https://childrenshealthdefense.ca/news/heavy-metals-and-infant-exposure-what-parents-need-to-know-about-diaper-creams-and-baby-formula/ (last accessed April 29, 2026).

[54] NYC Health, *New York City Health Department Warns New Yorkers About Skin Lightening Products That Contain Dangerous Amounts of Mercury*, Mar. 18, 2025, https://www.nyc.gov/site/doh/about/press/pr2025/health-department-warns-new-yorkers-about-skin-lightening-products.page (last accessed April 29, 2026).

[55] *Id*.

CLASS ACTION COMPLAINT - 43

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

handling these products. Children are at an increased risk because they often put their hands in their mouths."[56]

119.    Heavy metals can "absorb through the skin and enter into the blood due to the long-term exposure."[57] Further, heavy metals can accumulate in the outermost layer of the skin and "may penetrate through the skin appendages or through trans-cellular and intracellular pathways and reach blood circulatory system of human body."[58] Dermal absorption of heavy metals, including cadmium and lead, can lead to bioaccumulation and toxicity.[59]

120.    "Exposure to contaminants in consumer products can occur from direct or indirect contact[, including] from applying cosmetics or other personal care products to the

---

[56]    LeadFreeNYC, *Cosmetics & Religious Powders*, https://www.nyc.gov/content/leadfree/pages/cosmetics-religious-powders (last accessed April 29, 2026).

[57] Akhtar, Asma, et al., *Human Exposure to Toxic Elements Through Facial Cosmetic Products: Dermal Risk Assessment*, REGULATORY TOXICOLOGY AND PHARMACOLOGY, June 2022, https://www.sciencedirect.com/science/article/abs/pii/S0273230022000320 (last accessed April 29, 2026); *see also* Abed, M. S., et al., *Heavy Metals in Cosmetics and Tattoos: A Review of Historical Background, Health Impact, and Regulatory Limits*, JOURNAL OF HAZARDOUS MATERIALS ADVANCES, Feb. 2024, https://doi.org/10.1016/j.hazadv.2023.100390 (last accessed April 29, 2026); CDC, *Skin Exposures and Effects* (Mar. 4, 2026) https://www.cdc.gov/niosh/skin-exposure/about/index.html#:~:text=Dermal%20Absorption,of%20reported%20occupational%20skin%20disease (last accessed April 29, 2026) ("Chemicals can enter the body through the skin and injure individual organs or groups or organs.").

[58] Arshad, H., et al., *Evaluation of Heavy Metals in Cosmetic Products and Their Health Risk Assessment*, SAUDI PHARMACEUTICAL JOURNAL, May 29, 2020, https://doi.org/10.1016/j.jsps.2020.05.006 (last accessed April 29, 2026).

[59] Witkowska, D., et al., *Heavy Metals and Human Health: Possible Exposure Pathways and the Competition for Protein Binding Sites*, MOLECULES, Oct. 7, 2021, https://doi.org/10.3390/molecules26196060 (last accessed April 29, 2026).

CLASS ACTION COMPLAINT - 44

skin, or unintentional direct contact could occur from contact with laundry detergent or surface cleaner while in use."[60]

121.    In 2023, Washington passed the Toxic-Free Cosmetics Act ("TFCA"). Wash. Rev. Code Chapter 70A.560. The TFCA "prevents the sale and distribution of cosmetic products containing certain chemicals [including lead] that are linked to harmful impacts."[61] Cosmetic products include makeup, perfume, shampoo, hair gel, body wash, deodorant, hand lotion, and shaving cream.[62]

122.    Washington enacted the TFCA because:

> (1) The legislature finds that certain chemicals used in cosmetic products are linked to harmful impacts on health, such as cancer, birth defects, damage to the reproductive system, organ system toxicity, and endocrine disruption. Many of these chemicals have been identified by the state of Washington as high priority chemicals of concern.
>
> (2) In order to ensure the safety of cosmetic products and protect Washington residents from toxic exposures, the legislature intends to prohibit use of toxic chemicals found in cosmetic and personal care products and join other jurisdictions in creating a safer global standard for cosmetic products and bringing more sustainable, safer ingredients to the marketplace.[63]

---

[60] United States Environmental Protection Agency, *Exposure Assessment Tools by Routes – Dermal*, Aug. 21, 2025, https://www.epa.gov/expobox/exposure-assessment-tools-routes-dermal (last accessed Apr. 29, 2026).

[61] Washington Department of Ecology, *Toxic-Free Cosmetics Act Guide: Restrictions for Cosmetic Industry & Sellers*, at 4, Apr. 2024, https://web.archive.org/web/20250314195216/https://apps.ecology.wa.gov/publications/documents/2404019.pdf (last accessed April 30, 2026).

[62] *Id*. at 6.

[63] Wash. Rev. Code Chapter 70A.560.005, Cosmetic Products – Toxic Chemicals: Finding - Intent, https://app.leg.wa.gov/RCW/default.aspx?cite=70A.560.005 (last accessed April 29, 2026); *see also* Toxic-Free Future, *Implementation of the Toxic-Free Cosmetics Act*, https://toxicfreefuture.org/washington-state/implementation-of-the-toxic-free-cosmetics-act/ (last accessed April 29, 2026) ("chemicals linked to cancer and developmental and reproductive harm are put into cosmetic products and personal care products.").

CLASS ACTION COMPLAINT - 45

123.     As of January 1, 2025, the TFCA restricts lead and lead compounds to **_one part per million_** and "even when the lead is added to the product through an impurity in an intentionally added ingredient."[64]

### B.  Negative Health Effects of Lead

124.     Lead is a highly toxic heavy metal, identified as a carcinogen, whose harmful effects cannot be reversed or remediated due to its accumulation in the body over time.[65]

125.     No amount of lead is safe for human exposure or consumption, according to the FDA, CDC, AAP, and WHO.[66]

126.     This exposure risk has long been recognized. In 1978, because of concerns over exposure risks to lead, the U.S. banned lead-based paint use in residential homes,[67] which is

---

[64] Washington Department of Ecology, *Toxic-Free Cosmetics Act Guide*, Apr. 2024, https://web.archive.org/web/20250314195216/https://apps.ecology.wa.gov/publications/documents/2404019.pdf  (last accessed April 30, 2026) (emphasis added).

[65] *See* Consumer Reports: Heavy Metals in Baby Food; *see also* Agency for Toxic Substances and Disease Registry, *ToxFAQs for Lead*, https://wwwn.cdc.gov/TSP/ToxFAQs/ToxFAQsDetails.aspx?faqid=93&toxid=22 (last accessed April 29, 2026).

[66] *See* FDA, *Lead in Food and Foodwares*, Jan. 6, 2025, https://www.fda.gov/food/environmental-contaminants-food/lead-food-and-foodwares#:~:text=Although%20no%20safe%20level%20for,blood%20(%C2%B5g%20%2FdL) (last accessed April 29, 2026); CDC, *Childhood Lead Poisoning Prevention: CDC Updates Blood Lead Reference Value*, Apr. 2, 2024, https://www.cdc.gov/lead-prevention/php/news-features/updates-blood-lead-reference-value.html (last accessed April 29, 2026); American Academy of Pediatrics, *Lead Exposure in Children*, Jan. 2, 2025, https://www.aap.org/en/patient-care/lead-exposure/lead-exposure-in-children/#:~:text=How%20Much%20Lead%20is%20Safe,Prevention%20recommends%20evaluation%20and%20intervention (last accessed April 29, 2026); WHO Lead Poisoning, *supra*; *see also* USA Today, *FDA: Recalled Applesauce Pouches Had Elevated Lead Levels and Another Possible Contaminant*, Jan. 5, 2024, updated Jan. 9, 2024, https://www.usatoday.com/story/money/food/2024/01/05/applesauce-pouch-recall-contamination-spreads/72121869007/ (last accessed April 29, 2026).

[67] *Childhood Lead Poisoning Prevention: About Lead in Paint*, CDC, March 26, 2025, https://www.cdc.gov/lead-prevention/prevention/paint.html (last accessed April 29, 2026).

---

CLASS ACTION COMPLAINT - 46

notable given that paint is not a product intended to be put directly into the body or bloodstream.

127.    Exposure to lead can cause cancer, neuropathy and brain damage, hypertension, decreased renal function, increased blood pressure, and gastrointestinal and cardiovascular effects. It can also cause reduced fetal growth or lower birth weights.[68]



128.    The EPA has found that "[l]ead can harm almost every organ and system in your body . . . . Lead is especially dangerous to children six years old and younger. Their

___

[68] Geneva Environment Network, *Environmental and Health Impacts of Lead*, Oct. 17, 2024, https://www.genevaenvironmentnetwork.org/resources/updates/lead-poisoning-prevention/ (last accessed April 29, 2026).

CLASS ACTION COMPLAINT - 47

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

growing bodies absorb more lead than adults, and their brains and nervous systems are more sensitive to the effects of lead."[69]

129.    "Babies and children may have higher exposure because they often put their hands, toys and other objects, which can have lead dust or soil on them, into their mouths. In children, exposure to lead can cause: anemia, damage to the brain and nervous system, decreased ability to pay attention, hearing and speech problems, hyperactivity, learning and behavior problems, lower IQ, slowed growth and developmental effects, and underperformance in school."[70]

130.    Lead can also be transmitted from pregnant women to their babies during pregnancy because "[l]ead can accumulate in our bodies over time… During pregnancy, lead is released from the mother's bones… and can pass from the mother exposing the fetus or the breastfeeding infant to lead."[71] This can result in "miscarriage, stillbirth, premature birth, and low birth weight infants."[72]

131.    Lead is also harmful to adult health, and exposure to lead in adults is associated with increased blood pressure, increased risk of hypertension, reduced fetal growth in pregnant women, damage to reproductive organs, cognitive decline, heart disease, and worsened kidney function.[73]

---

[69] EPA, *Learn About Lead*, Apr. 24, 2026, https://www.epa.gov/lead/learn-about-lead (last accessed April 29, 2026).

[70] *Id.*

[71] EPA, *Learn About Lead*, https://19january2021snapshot.epa.gov/lead/learn-about-lead_.html (last accessed April 29, 2026).

[72] T. Bhasin, et al., *Unveiling the Health Ramifications of Lead Poisoning: A Narrative Review,* CUREUS, Oct. 9, 2023, https://pmc.ncbi.nlm.nih.gov/articles/PMC10631288/ (last accessed April 29, 2026).

[73] U.S. Department of Health and Human Services, National Toxicology Program, *National Toxicology Program Monograph: Health Effects of Low-Level Lead*, June 2012,

CLASS ACTION COMPLAINT - 48

**Symptoms of lead poisoning**

**General**
- Fatigue
- Maltese
- Weight loss

**Mouth**
- Unusual taste
- Slurred speech
- Blue lines along gums

**Vision and hearing**
- Partial blindness
- Partial hearing loss
- Hallucinations

**Skin**
- Pallor
- Lividity

**Blood**
- Anemia

**Central Nervous System**
- Insomnia
- Appetite loss
- Decreased libido
- Depression
- Irritability
- Cognitive deficits
- Memory loss
- Headache
- Personality changes
- Delirium
- Coma

**Abdominal**
- Pain
- Nausea
- Diarrhea or constipation
- Kidney failure

**Neuromuscular**
- Tremor
- Pain
- Delayed reactions
- Coordination loss
- Convulsions
- Weakness
- Seizures

**Reproductive**
- Sperm dysfunction in males
- Pregnancy complication in females

**Extremities**
- Pain
- Tingling
- Wrist/Foot drop

132.    Because exposure to lead builds up in the human body over time, it can disrupt neurological, skeletal, reproductive, hematopoietic, renal, and cardiovascular systems.[74]

---

https://ntp.niehs.nih.gov/sites/default/files/ntp/ohat/lead/final/monographhealtheffectslowlevellead_newissn_508.pdf (last accessed April 29, 2026); A. Spivey, *The Weight of Lead: Effects Add Up in Adults*, ENVIRONMENTAL HEALTH PERSPECTIVES, Jan. 2007, https://pmc.ncbi.nlm.nih.gov/articles/PMC1797860/ (last accessed April 29, 2026); *Lead vs. Lead-Free Solder: Which is Better for PCB Manufacturing?* WEVOLVER, Jan. 31, 2023, https://www.wevolver.com/article/lead-free-solder-vs-lead-solder (last accessed April 29, 2026).

[74] Collin, M. Samuel, et al., *Bioaccumulation of Lead (Pb) and Its Effects on Human: A Review*, JOURNAL OF HAZARDOUS MATERIAL ADVANCES, Aug. 2022, https://www.sciencedirect.com/science/article/pii/S277241662200050X (last accessed April 29, 2026).

CLASS ACTION COMPLAINT - 49

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

133.    Even "[r]epeated low-level exposure [to lead] over a prolonged period" can result in clinical symptoms including "[p]ersistent vomiting, encephalopathy, lethargy, delirium and coma[.]"[75]

134.    Despite Defendant's Misrepresentations, partial misrepresentations, Omissions, and point-of-sale webpages that communicate the Sunscreen Products are properly and safely manufactured and do not contain or risk containing high levels of heavy metals, laboratory tests show Defendant sold Sunscreen Products containing undisclosed lead levels as high as 2,728.58 ppb in a product meant for infants and 1,350.9 ppb in a product intended for children.

### C. Negative Health Effects of Cadmium

135.    Cadmium is linked to neurotoxicity, cancer, and kidney, bone, and heart damage. Scientists have reported a "tripling of risk for learning disabilities and special education among children with higher cadmium exposures, at levels common among U.S. children[.]"[76]

136.    Cadmium, like lead, "displays a troubling ability to cause harm at low levels of exposure."[77] The U.S. Department of Health and Human Services has determined that cadmium and cadmium compounds are known human carcinogens, and the EPA has likewise

---

[75] Taanvi Bhasin, et al., *Unveiling the Health Ramifications of Lead Poisoning: A Narrative Review*, CUREUS, Oct. 9, 2023, https://www.cureus.com/articles/184381-unveiling-the-health-ramifications-of-lead-poisoning-a-narrative-review#!/ (last accessed April 29, 2026).

[76] HBBF Report, *supra*, at 14.

[77] *Id*.

CLASS ACTION COMPLAINT - 50

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

determined that cadmium is a probable human carcinogen.[78] Compounding such concerns is the fact that cadmium has a prolonged half-life as it "sequester[s] in [human] tissue."[79]

137. The EPA has set a maximum contaminant level for cadmium in drinking water of 5 ppb (*see* 40 C.F.R. §141.62); the FDA has set a maximum level in bottled water to 5 ppb; and the WHO set a maximum cadmium level in drinking water to 3 ppb.[80]

138. Despite Amazon's Misrepresentations, partial misrepresentations, Omissions, and point-of-sale webpages that communicates the Sunscreen Products are properly and safely manufactured and do not contain or risk containing detectable levels of heavy metals, laboratory tests show Amazon sold Sunscreen Products containing undisclosed cadmium levels as high as 1,235.4 ppb in a product meant for infants, and 429.7 ppb in a product intended for children.

## VI. Sunscreen Products Sold by Amazon Can Be Manufactured Without Heavy Metals

139. It is possible to manufacture sunscreen products with non-detectable levels of heavy metals, including cadmium and lead.

140. In fact, testing by LSM found that Unseen Sunscreen, a sunscreen product manufactured by Supergoop! had non-detectable levels of cadmium or lead.[81]

---

[78] *See* CDC, Agency for Toxic Substances and Disease Registry, *Public Health Statement for Cadmium*, https://wwwn.cdc.gov/TSP/PHS/PHS.aspx?phsid=46&toxid=15 (last accessed April 29, 2026).

[79] Genuis S.J., et al., *Toxic Element Contamination of Natural Health Products and Pharmaceutical Preparations*, PLOS ONE, Nov. 2012, https://doi.org/10.1371/journal.pone.0049676 (last accessed April 30, 2026).

[80] *See* Congressional Committee Report, *supra*, at 29.

[81] *See* Ex. 1.

CLASS ACTION COMPLAINT - 51

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

141.    Testing by Plaintiffs has identified additional sunscreen products, including products manufactured by LaRoche-Posay, Coppertone, Equate, and Up & Up, with non-detectable levels of any heavy metals, including cadmium or lead.

**VII.    The Material Omissions Mislead and Deceive Reasonable Consumers**

142.    Amazon does not disclose anywhere on the Product Detail Pages for the Sunscreen Products (or anywhere else) that the Sunscreen Products contain heavy metals. Those point-of-sale webpages list the ingredients of the Sunscreen Products but omit any mention of heavy metals, including cadmium or lead.

143.    The presence of heavy metals in the Sunscreen Products is material to consumers.

144.    Amazon's Omissions wrongfully cause reasonable consumers to believe that Amazon's Sunscreen Products do not contain heavy metals, when in fact the Sunscreen Products do contain heavy metals, including cadmium and/or lead.

145.    Information regarding the presence of heavy metals in the Sunscreen Products is in the exclusive possession of Amazon and not readily available to consumers. Amazon chose to not disclose such information to consumers and thus actively concealed the presence of heavy metals in the Sunscreen Products.

146.    Reasonable consumers must and do rely on Amazon to honestly report what Sunscreen Products it sells contain.

147.    Because of Amazon's failure to disclose the presence of heavy metals on the Sunscreen Products' point-of-sale webpages, no reasonable consumer would expect, suspect, or understand that the Sunscreen Products contain heavy metals.

CLASS ACTION COMPLAINT - 52

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

148.    Amazon had a duty to ensure the Sunscreen Products were not deceptively, misleadingly, unfairly, and falsely marketed and that all material information was properly and fully disclosed.

149.    The Omissions are material and reasonably likely to deceive reasonable consumers, such as Plaintiffs, in their purchasing decisions.

150.    The Omissions were intended to and did, in fact, cause consumers like Plaintiffs and the other Class Members, to purchase products they would not have purchased if Amazon had disclosed that the products contained heavy metals, or for which they would not have paid a premium price, or any price at all.

151.    As a result of the Omissions, Amazon generated substantial sales and profited from Plaintiffs' lack of information about the presence of heavy metals in the Sunscreen Products.

152.    Plaintiffs and other reasonable consumers would not have purchased the Sunscreen Products or would have paid less for them but for the Misrepresentations, partial misrepresentations, Omissions, concealment, and other deceptive conduct.

153.    The Sunscreen Products' point-of-sale webpages misled and deceived reasonable consumers because Amazon omitted that the Sunscreen Products contained or had a material risk of containing heavy metals, while representing the Sunscreen Products' sun protection benefits.

154.    Based on Amazon's Misrepresentations, partial misrepresentations, and Omissions, and the overall impression given by the point-of-sale webpages, no reasonable consumer could expect or understand the Sunscreen Products contained or had a material risk of containing heavy metals such as cadmium and lead.

CLASS ACTION COMPLAINT - 53

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

155.    Amazon's point-of-sale webpages for the Sunscreen Products contradict the presence of heavy metals such as cadmium and lead; such communications include, for example, (collectively, the "Misrepresentations"):[82]

    a.    365 by Whole Foods Market Sport Mineral Sunscreen (SPF 30);

- "Formulated without Octinoxate, Homosalate, Oxybenzone, or PABA"
- "Non-Nano Minerals"
- "Made without: Parabens or Phthalates"
- "free from common harmful chemicals"
- "Made with vegetarian ingredients"
- "No octinoxate, homosalate, oxynbenzone, or PABA"
- "Made without parabens or phthalates"
- "our standards go beyond typical 'clean beauty' claims"
- "We ban 240+ ingredients commonly used in beauty and body products, including parabens, phthalates, formaldehyde donors, oxybenzone, PFAS and EDTA."
- "Our experts review the latest research on beauty and body care ingredients for many factors including possible impacts on the environment and human health."

    b.    Sun Bum Baby Bum Mineral Sunscreen (SPF 50);

- "gentle, plant-based skin care"
- "For sensitive skin"
- "Vegan, Cruelty, Gluten and Dye Free to meet the needs of delicate baby skin"
- "specifically formulated for kids, toddlers, and babies with naturally moisturizing ingredients"
- "Pediatrician and Dermatologist tested"
- "made of safe minerals to protect babies' skin"
- "Gentle mineral-active protection"
- "Our Baby Bum collection is super gentle and uses the best ingredients for delicate and sensitive skin."
- "Thumbs up for overall safety & sensitivity."
- "Our Baby Sunscreen formula was designed with sensitive skin in mind and made without using synthetic fragrances, dyes, or parabens."
- "Trust the Bum… It means trust us… The simple truth is, when you make products to protect the ones you love, you make 'em better."

---

[82] *See also* Appendix B (excerpts from the Sunscreen Products' Detail Pages).

CLASS ACTION COMPLAINT - 54

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

c.  Banana Boat Simply Protect Baby Sunscreen (SPF 50);

- "Simply Protect"
- "Made without oxybenzone & parabens"
- "Tear free"
- "No added Oils & Fragrances"
- For "sensitive" skin
- "is mild enough for even the most delicate skin"
- "Strong, broad spectrum sun protection without Oxybenzone, parabens or added oils and fragrances."
- "It is [sic] mild, tear free formula allows you to protect your baby without the tears!"
- "Banana Boat baby goes on quickly and easily so your time in the sun with baby can be worry-free."

d.  Banana Boat Simply Protect Kids Sunscreen (SPF 50);

- "Simply Protect"
- "Made without oxybenzone & parabens"
- "Tear free"
- "No added Oils & Fragrances"
- For "sensitive" skin
- "Worry-free sun protection"
- "Our broad spectrum, water-resistant sunscreen protects your children from harmful UVA and UVB rays, so you can have a worry-free day of fun in the sun."
- "Strong, broad spectrum sun protection made without oxybenzone, parabens or added oils and fragrances."
- "Our mild, tear free formula allows you to protect your kids without the tears!"
- "Recommended by the skin cancer foundation"
- "worry-free sun protection"

e.  Blue Lizard Baby Mineral Sunscreen (SPF 50);

- "Trusted by pediatricians"
- "Protect sensitive skin"
- "contains no harsh chemical active ingredients that might irritate sensitive skin"
- "Formulated for baby's delicate skin"
- "vegan, paraben-free, fragrance-free formula"
- "formulated without Oxybenzone or Octinoxate"
- "Free from harsh chemical active sunscreen ingredients, fragrances, parabens, phthalates"

CLASS ACTION COMPLAINT - 55

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

- "free from potentially harsh chemical sunscreen active ingredients that might irritate sensitive skin"
- "Pediatricians trust Blue Lizard Australian Sunscreen, so you can have peace of mind that your baby's skin is protected from the sun."
- "Designed especially for baby"
- "Our mission: to help safeguard lifelong healthy skin"
- "Our singular purpose is to help everyone safely enjoy time in the sun."
- "We care deeply about our customers, the quality of our products, and our impact on the planet."
- "All Blue Lizard products are free from fragrances, parabens, phthalates, and chemical active ingredients"
- "Blue Lizard mineral sunscreens are trusted by dermatologists and pediatricians to help keep your skin healthy and safe"

f.  Blue Lizard Kids Mineral Sunscreen (SPF 50);

- "Trusted by pediatricians"
- "for Kids' Sensitive Skin"
- "Protect sensitive skin"
- "contains no harsh chemical active ingredients that might irritate sensitive skin"
- "Developed for kids' sensitive skin"
- "This specially-designed formula is also paraben-free and fragrance-free"
- "formulated without Oxybenzone or Octinoxate"
- "Free from harsh chemical active sunscreen ingredients, fragrances, parabens, phthalates"
- "Non-Comedogenic formula, Suitable for face and body!"
- "Protect little faces"
- "Made with skin-nourishing botanicals, this formula helps nourish your little one's skin."
- "free from potentially harsh chemical sunscreen active ingredients that might irritate sensitive skin"
- "Pediatricians trust Blue Lizard Australian Sunscreen, so you can have peace of mind that your child's skin is protected from the sun."
- "Powerful but gentle"
- "Trusted by pediatricians"
- "Blue Lizard mineral sunscreens are trusted by dermatologists and pediatricians to help keep your skin healthy and safe"
- "Our mission: to help safeguard lifelong healthy skin"
- "Our singular purpose is to help everyone safely enjoy time in the sun."
- "All Blue Lizard products are free from fragrances, parabens, phthalates, and chemical active ingredients"

CLASS ACTION COMPLAINT - 56

g.  Coppertone Pure & Simple Baby Sunscreen (SPF 50);

- "Pure & Simple"
- "Hypoallergenic & Tear free"
- "Suitable for sensitive skin"
- "Free of Oxybenzone, Octinoxate, PABA, Parabens, Dyes, Fragrance"
- "#1 Pediatrician Recommended Sunscreen Brand"
- "Pure & Simple means 100% mineral sun protection"
- "free of oxybenzone, octinoxate, PABA, parabens, dyes, fragrance"
- "Pediatrician Recommended"
- "Dermatologically Tested"
- "This Coppertone sunscreen is dermatologically tested and contains no dyes or PABA"
- "Kid-Specific"
- "Free of oxybenzone, PABA & dyes"
- "Each sunscreen Coppertone created follows a tradition of trusted, quality sun protection products"
- "Mild and durable formula specifically designed for kids"
- "dermatologist tested for your kids gentle skin"
- "Gentle on skin"
- "trusted SPF"

h.  Coppertone Pure & Simple Kids Sunscreen (SPF 50);

- "Pure & Simple"
- "Hypoallergenic & Tear Free"
- "Suitable for sensitive skin"
- "Free of Oxybenzone, Octinoxate, PABA, Parabens, Dyes, Fragrance"
- "#1 Pediatrician Recommended Sunscreen Brand"
- "Pure & Simple means 100% mineral sun protection"
- "free of oxybenzone, octinoxate, PABA, parabens, dyes, fragrance"
- "hypoallergenic and gentle"
- "Gentle protection"
- "mild and gentle"
- "contains 100% naturally sourced zinc oxide"
- "Free of: Tear free sunscreen baby lotion is formulated without fragrance, oxybenzone, octinoxate, PABA, parabens, dyes and phthalates"
- "Baby-safe"
- "gentle on the skin"
- "Each sunscreen Coppertone created follows a tradition of trusted, quality sun protection products"
- "voted the most trusted sunscreen brand"
- "Hypoallergenic & tear free formula with nourishing botanicals"

CLASS ACTION COMPLAINT - 57

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

- "Free of oxybenzone, octinoxate, PABA, parabens, dyes & fragrance"
- "Keep it simple with 100% mineral sun protection"
- "For baby's delicate skin"
- "#1 most trusted suncare brand"
- "Scientific research results, high quality standards and strict product tests are the basis for the wide range of sun protection products."

i.   Coppertone Kids Tear Free Sunscreen (SPF 50);

- "Tear Free"
- "Free of Oxybenzone, Dyes & PABA"
- "#1 pediatrician recommended sunscreen brand"
- "a gentle tear-free formula"
- "hypoallergenic and gentle on skin"
- "Gentle protection"
- "mild and gentle"
- "made with 100% naturally sourced zinc oxide"
- "Formulated without: Tear free sunscreen lotion for kids is formulated without fragrance, oxybenzone, octinoxate, PABA, parabens, dyes and phthalates"
- "Free of oxybenzone, octinoxate, PABA, parabens, dyes & fragrance"
- "Voted the most trusted sunscreen brand"
- "each sunscreen Coppertone creates follows a tradition of trusted, quality sun protection products"
- "#1 most trusted suncare brand"
- "gentle for kid's sensitive skin"
- "For kid's sensitive skin"
- "Keep it simple with 100% mineral sun protection"

j.   Thinkbaby Baby Mineral Sunscreen (SPF 50); and

- "Free of harmful chemicals"
- "Dermatologist recommended"
- "Non-nano zinc oxide particles"
- "EWG verified"
- "Safe, Natural"
- "suitable for daily use on infants' sensitive skin"
- "offering gentle defense against the sun's rays"
- "Clean mineral formula"
- "The first baby mineral sunscreen to pass Whole Foods Premium Care requirements, Leaping Bunny certified sun creams contain no PABA, parabens, phthalates, BPA, oxybenzone, avobenzone, petroleum, gluten, dairy, or toxic chemicals"
- "gentle and reef-safe ingredient based clean sunscreen"

CLASS ACTION COMPLAINT - 58

- "made to be effective for delicate and sensitive skin"
- "safe, natural"
- "100% agree our formula is gentle on baby's skin"
- "dermatologist recommended"
- "free of harmful chemicals"
- "EWG rated"
- "perfect for extra sensitive little ones!"
- "trusted for little ones and beyond"

k.   Thinkbaby Baby Sunscreen for Sensitive Skin (SPF 50).

- "dermatologist tested"
- "sensitive skin"
- "free of harmful chemicals"
- "non-nano zinc oxide particles"
- "natural"
- "for sensitive skin"
- "calming protection"
- "formulated without fragrance or harmful ingredients"
- "infused with soothing chamomile & moisturizing shea butter to help calm and nourish extra sensitive skin"
- "Dermatologist recommended as a safe and effective choice for sensitive skin"
- "CLEAN MINERAL FORMULA: Suitable for sensitive skin"
- "This children and toddler sunscreen has no BPA, vegan, never tested on animals, [and is] reef-friendly"
- "gentle"
- "clean sunscreen"
- "made to be effective for delicate and sensitive skin"
- "perfect for extra sensitive little ones!"
- "gentle on skin"
- "free of harmful chemicals"
- "dermatologist recommended"
- "Fragrance free for sensitive skin"
- "trusted for little ones and beyond"

156.   The Misrepresentations and Omissions misleadingly convey to consumers that the Sunscreen Products are of a high quality and have certain characteristics they do not actually possess.

CLASS ACTION COMPLAINT - 59

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

157. Amazon misleadingly causes consumers to believe the Sunscreen Products it sells do not contain (or have a material risk of containing) heavy metals, including cadmium and lead, due to the material Omissions, Misrepresentations and partial misrepresentations, when in fact the Sunscreen Products do contain (or have a material risk of containing) both cadmium and lead.

158. Whether the Sunscreen Products contain heavy metals is material information to reasonable consumers, including Plaintiffs.

159. Amazon wrongfully failed to disclose to reasonable consumers material information regarding the presence of (or material risk of) heavy metals in the Sunscreen Products.

160. Due to the point-of-sale webpages, Misrepresentations, partial misrepresentations, and Omissions, reasonable consumers, like Plaintiffs, would not suspect the presence of heavy metals in the Sunscreen Products.

161. Unlike Amazon, reasonable consumers are not able to independently detect the presence of heavy metals in the Sunscreen Products and are generally without the means to conduct their own scientific tests on the Sunscreen Products.

162. Moreover, information regarding the presence of heavy metals in the Sunscreen Products is in the exclusive possession of Amazon and not available to consumers. Amazon chose to not disclose such information to consumers and thus actively concealed the presence and risk of heavy metals in the Sunscreen Products.

163. Reasonable consumers must and do rely on Amazon to honestly report what Sunscreen Products sold through its platform contain.

CLASS ACTION COMPLAINT - 60

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

164.    Based on the failure to disclose the presence (or material risk) of heavy metals on the Sunscreen Products' point-of-sale webpages, no reasonable consumer would expect, suspect, or understand that the Sunscreen Products contained or had a material risk of containing heavy metals.

165.    In light of Amazon's statements regarding the quality of the Sunscreen Products, Amazon knew or should have known the Sunscreen Products contained or had a material risk of containing heavy metals.

166.    Amazon had a duty to ensure the Sunscreen Products it sold were not deceptively, misleadingly, unfairly, and falsely marketed and that all material information was properly and fully disclosed.

167.    Amazon acted negligently, recklessly, unfairly, and/or intentionally with its deceptive point-of-sale webpages based on the material Misrepresentations, partial misrepresentations, and Omissions.

168.    The Misrepresentations, partial misrepresentations, and Omissions on Amazon's point-of-sale webpages are material and reasonably likely to deceive reasonable consumers, such as Plaintiffs, in their purchasing decisions.

169.    The Misrepresentations, partial misrepresentations, and Omissions, make the Sunscreen Products' point-of-sale webpages deceptive based on the presence or risk of significant levels heavy metals in the Sunscreen Products. Reasonable consumers, like Plaintiffs, would consider the presence or risk of heavy metals in the Sunscreen Products a material fact when considering which sunscreen products to purchase.

CLASS ACTION COMPLAINT - 61

170.    Amazon knew, yet failed to disclose, that the Sunscreen Products or the ingredients used in the Sunscreen Products were not sufficiently or adequately monitored or tested for heavy metals.

171.    The Misrepresentations, partial misrepresentations, and Omissions, were misleading due to Amazon's failure to ensure the Sunscreen Products were sufficiently or adequately monitored or tested for heavy metals and to disclose the presence (or material risk) of heavy metals in the Sunscreen Products.

172.    Amazon knew or should have known that the Sunscreen Products contained or may contain levels of heavy metals that were not disclosed on the point-of-sale webpages.

173.    Amazon knew or should have known that reasonable consumers, including Plaintiffs, expected Amazon to ensure the Sunscreen Products it sold were sufficiently monitored and tested for heavy metals and to disclose the presence or risk of heavy metals in the Sunscreen Products.

174.    Further, Amazon knew or should have known that reasonable consumers paid higher prices, or paid any price at all, for the Sunscreen Products and expected the Sunscreen Products sold by Amazon were sufficiently tested and monitored for the presence of heavy metals.

175.    The Misrepresentations, partial misrepresentations, and Omissions are material and render the Sunscreen Products' point-of-sale webpages deceptive because without full disclosure, reasonable consumers, such as Plaintiffs, believe the Sunscreen Products do not contain or have a material risk of containing heavy metals.

176.    The Misrepresentations, partial misrepresentations, and Omissions on Amazon's point-of-sale webpages were intended to and did, in fact, cause consumers like

CLASS ACTION COMPLAINT - 62

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

Plaintiffs and the other Class Members to purchase products they would not have if the true quality and ingredients were disclosed or for which they would not have paid a premium price, or any price at all.

177.    Defendant charged, and Plaintiffs and the Class Members paid, a premium price for the Sunscreen Products, despite the availability of comparable, lesser-priced sunscreen products sold by other retailers with no detectable levels of heavy metals:

| Sunscreen Products | Price/ Ounce | Competitor Sunscreen Product | Price/ Ounce |
|---|---|---|---|
| Thinkbaby Baby Mineral Sunscreen Lotion (SPF 50) | $3.50 | Up & Up Kids' Sunscreen Spray Lotion (SPF 50) | $0.82 |
| Sun Bum Baby Bum Sunscreen Lotion (SPF 50) | $3.66 | Up & Up Kids' Sunscreen Lotion (SPF 50) | $0.62 |
| Sun Bum Baby Bum Sunscreen Spray (SPF 50) | $3.84 | Up & Up Kids' Sunscreen Spray (SPF 50) | $0.91 |
| Thinkbaby Baby Sunscreen for Sensitive Skin (SPF 50) | $5.16 | Coppertone Water Babies Sunscreen Lotion (SPF 50) | $1.11 |
| Sun Bum Baby Bum Mineral Roll-On Sunscreen (SPF 50) | $5.50 | Coppertone Kids Sunscreen Spray (SPF 50) | $1.36 |
| Blue Lizard Baby Mineral Sunscreen Stick (SPF 50) | $17.48 | | |
| Blue Lizard Kids Mineral Sunscreen Stick (SPF 50) | $17.54 | | |
| Sun Bum Baby Bum Mineral Sunscreen Stick (SPF 50) | $28.87 | | |

178.    As a result of Amazon's deceptive, unfair, and misleading Misrepresentations, partial misrepresentations, and Omissions, Amazon was able to generate substantial sales, which allowed it to reap enormous profits from Plaintiffs and similarly situated consumers who paid the purchase price or premium for the Sunscreen Products that were not as advertised.

CLASS ACTION COMPLAINT - 63

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

179.    Plaintiffs and other reasonable consumers would not have purchased the Sunscreen Products or would have paid less for them but for the misrepresentations and partial misrepresentations, including the Misrepresentations and Omissions.

## CLASS ALLEGATIONS

180.    Plaintiffs bring this action individually and on behalf of the following Class pursuant to Fed. R. Civ. P. 23(a), (b)(2) and (3), and (c)(4):

> **Nationwide Class**: All persons who, from the beginning of the applicable statute of limitations period to the present, purchased the Sunscreen Products from Amazon in the United States for household use, and not for resale (the "Class").

181.    Excluded from the Class are Defendant, any of Defendant's parent companies, subsidiaries, and/or affiliates, officers, directors, legal representatives, employees, or co-conspirators, all governmental entities, and any judge, justice, or judicial officer presiding over this matter.

182.    This action is brought and may be properly maintained as a class action. There is a well-defined community of interests in this litigation, and the Class Members are easily ascertainable.

183.    **Numerosity**: The Class Members are so numerous that individual joinder of all members is impracticable, and the disposition of the claims of the Class Members in a single action will provide substantial benefits to the parties and Court.

184.    **Commonality and Predominance**: There are many questions of law and fact common to the claims of Plaintiffs and the other Class Members, and those questions predominate over any questions that may affect individual Class Members. Questions of law and fact common to Plaintiffs and the Class include, but are not limited to, the following:

CLASS ACTION COMPLAINT - 64

a.  whether the Misrepresentations and partial misrepresentations and Omissions were misleading;

b.  whether the Misrepresentations and partial misrepresentations and Omissions were unfair,

c.  whether the Misrepresentations and partial misrepresentations and Omissions were material to a reasonable consumer;

d.  whether Amazon had knowledge that the Misrepresentations and partial misrepresentations and Omissions were material, false, deceptive, and misleading;

e.  whether Amazon owed a duty to disclose;

f.  whether Amazon knew or should have known that the Sunscreen Products contained or may contain significant levels of heavy metals, including cadmium and/or lead;

g.  whether Amazon failed to disclose that the Sunscreen Products contained or may contain detectable levels of heavy metals, including cadmium and/or lead;

h.  whether Amazon had exclusive knowledge of the Omissions;

i.  whether Plaintiffs could have reasonably discovered the Omissions;

j.  whether Amazon violated Washington state law;

k.  whether Amazon engaged in unfair trade practices;

l.  whether Amazon engaged in false advertising;

m.  whether Amazon made fraudulent omissions;

n.  whether Amazon made fraudulent misrepresentations by omissions;

CLASS ACTION COMPLAINT - 65

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

o.  whether Plaintiffs and the Class Members are entitled to actual, statutory, and punitive damages; and

p.  whether Plaintiffs and the Class Members are entitled to declaratory and injunctive relief.

185.    Defendant engaged in a common course of conduct giving rise to the legal rights sought to be enforced by Plaintiffs individually and on behalf of all the Class Members. Identical statutory violations and business practices and harms are involved. Individual questions, if any, are not prevalent in comparison to the numerous common questions that dominate this action.

186.    **Typicality**: Plaintiffs' claims are typical of the claims of the Class Members. Plaintiffs and the Class Members sustained damages as a result of Defendant's uniform wrongful conduct during transactions with them.

187.    **Adequacy**: Plaintiffs will fairly and adequately represent and protect the interests of the Class and has retained counsel competent and experienced in complex litigation and class actions. Plaintiffs have no interests antagonistic to those of the Class, and there are no defenses unique to Plaintiffs. Plaintiffs and their counsel are committed to prosecuting this action vigorously on behalf of the Class Members and have the financial resources to do so. Neither Plaintiffs nor their counsel have any interest adverse to those of the Class Members.

188.    **Risks of Prosecuting Separate Actions**: This case is appropriate for certification because prosecution of separate actions would risk either inconsistent adjudications which would establish incompatible standards of conduct for Defendant or would be dispositive of the interests of members of the Class.

CLASS ACTION COMPLAINT - 66

189. **Policies Generally Applicable to the Class**: This case is appropriate for certification because Defendant has acted or refused to act on grounds generally applicable to the Plaintiffs and Class as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct towards Class Members and making final injunctive relief appropriate with respect to the Class as a whole. Defendant's practices challenged herein apply to and affect the Class Members uniformly, and Plaintiffs' challenge to those practices hinges on Defendant's conduct with respect to the Class as a whole, not on individual facts or law applicable only to Plaintiffs.

190. **Superiority**: This case is also appropriate for certification because class proceedings are superior to all other available means of fair and efficient adjudication of the claims of Plaintiffs and the Class Members. The injuries suffered by each Class Member are relatively small in comparison to the burden and expense of individual prosecution of the litigation necessitated by Defendant's conduct. Absent a class action, it would be virtually impossible for the Class Members to obtain effective relief from Defendant. Even if Class Members could sustain individual litigation, it would not be preferable to a class action because individual litigation would increase the delay and expense to all parties, including the Court, and would require duplicative consideration of the common legal and factual issues presented here. By contrast, a class action presents far fewer management difficulties and provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single Court.

## WASHINGTON LAW APPLIES

191. Washington law applies to Plaintiffs' and the Class Members' claims, regardless of where in the United States the Class Member resides.

CLASS ACTION COMPLAINT - 67

192.    Washington's substantive laws may be constitutionally applied to the claims of Plaintiffs and the Class under the Due Process Clause, 14th Amendment, section 1, and the Full Faith and Credit Clause, Article IV, section 1, of the U.S. Constitution. Washington has significant contacts and a significant aggregation of contacts with the claims asserted by Plaintiffs and all Class Members, creating state interests such that the choice of Washington state law is not arbitrary or unfair.

193.    Amazon's choice-of-law provision, which is set forth in "Conditions of Use" that appear on Amazon's website, provides:

> By using any Amazon Service, you agree that applicable federal law, and the laws of the state of Washington, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and Amazon.[83]

194.    Amazon is headquartered in Washington, does substantial business in this State, and the challenged conduct affects the people of Washington. Amazon's decision to reside in Washington, avail itself of Washington's laws, and to engage in the challenged conduct, which originates from and emanates out of Washington, renders the application of Washington law constitutionally permissible.

195.    The application of Washington laws is also appropriate under Washington's choice of law rules. Washington has significant contacts with the claims of Plaintiffs and the Class Members, and Washington has a greater interest in applying its laws here than any other interested state.

## **CLAIMS FOR RELIEF**

---

[83]    *Conditions of Use*, AMAZON, May 30, 2025, https://www.amazon.com/gp/help/customer/display.html?nodeId=GLSBYFE9MGKKQXXM (last accessed April 29, 2026).

CLASS ACTION COMPLAINT - 68

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

**COUNT ONE**
**Violations of the Washington Consumer Protection Act**
**(Wash. Rev. Code Ann. §19.86.010, *et seq*.) Against Defendant on Behalf of the Class**

196.    Plaintiffs incorporate by reference all preceding allegations as though fully set forth herein.

197.    Plaintiffs bring this Count on behalf of all Class Members.

198.    The Washington Consumer Protection Act ("Washington CPA") broadly prohibits "[u]nfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce." WASH. REV. CODE ANN. § 19.96.010.

199.    Amazon's acts complained of herein are deceptive and unfair within the meaning of the Washington CPA. WASH. REV. CODE ANN. § 19.96.010.

200.    Amazon committed the acts complained of herein in the course of "trade" or "commerce" within the meaning of the Washington CPA. WASH. REV. CODE ANN. § 19.96.010.

201.    Amazon's deceptive and unfair practices, as alleged herein, are injurious to the public interest as they have the capacity to injure other persons, including the millions of consumers who shop on Amazon.com.

202.    Amazon's Misrepresentations and partial misrepresentations, Omissions, active concealment, and other deceptive conduct described herein were directed at the consumer public at-large as they repeatedly occurred in the course of Amazon's business and were capable of deceiving a substantial portion of the consuming public.

203.    The facts concealed or not disclosed by Amazon were material facts in that Plaintiffs and the Class, and other reasonable consumers, would have considered them in deciding whether to purchase the Sunscreen Products. Had Plaintiffs and the Class Members known the Sunscreen Products did not have the quality, ingredients, standards, and suitability

CLASS ACTION COMPLAINT - 69

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

for use as advertised by Amazon and contained (or had a material risk of containing) heavy metals, including cadmium and lead, they would not have purchased the Sunscreen Products or paid a premium price.

204. Amazon alone possessed the information that was material to Plaintiffs and the Class and failed to disclose such material information to consumers.

205. Amazon intended for Plaintiffs and the Class Members to rely on its Misrepresentations and partial misrepresentations, Omissions, active concealment, and other deceptive conduct regarding the Sunscreen Products' quality, ingredients, standards, and suitability for use when purchasing the Sunscreen Products, unaware of the undisclosed material facts.

206. Plaintiffs and the Class Members did in fact rely on the material Misrepresentations, partial misrepresentations, and Omissions and purchased the Sunscreen Products to their detriment. Given the materiality of the Omissions, Plaintiffs and the Class's reliance on the misrepresentations, partial misrepresentations, and Omissions were justifiable.

207. Plaintiffs and the Class Members purchased the Sunscreen Products that contain undisclosed levels of heavy metals, including cadmium and lead, despite the availability of other sunscreen products with non-detectable levels of heavy metals.

208. Amazon charged, and Plaintiffs and the Class Members paid, a premium price for the Sunscreen Products despite the availability of other sunscreen products with non-detectable levels of heavy metals.

209. The Misrepresentations, partial misrepresentations, Omissions, active concealment, and other deceptive conduct caused Plaintiffs and the Class Members to suffer injury in the form of actual damages when they purchased the Sunscreen Products that were

CLASS ACTION COMPLAINT - 70

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

worth less than the price paid and that they would not have purchased at all had they known the Sunscreen Products contained (or had a material risk of containing) heavy metals, including cadmium and lead.

210.　Plaintiffs and the Class Members have been harmed, and that harm will continue unless Amazon is enjoined from further omitting the true quality, ingredients, standards, and suitability for use of the Sunscreen Products.

211.　As a direct and proximate result of Amazon's conduct, Plaintiffs and the Class suffered actual damages by: (1) paying a premium price for Sunscreen Products they reasonably believed did not contain (or have a material risk of containing) heavy metals, including cadmium and lead; (2) purchasing Sunscreen Products they would not have purchased without Defendant's Misrepresentations and partial misrepresentations, Omissions, active concealment, and other deceptive conduct at the prices they paid; and/or (3) receiving Sunscreen Products that were worthless because they contained (or risked containing heavy metals), including cadmium and lead.

212.　Amazon is liable to Plaintiffs and the Class for damages in amounts to be proven at trial, including attorneys' fees, costs, and treble damages, as well as any other remedies the Court may deem appropriate under WASH. REV. CODE ANN. § 19.86.090.

## COUNT TWO
### Fraudulent Concealment
### (Based on Washington Law)

213.　Plaintiffs incorporate by reference all preceding allegations as though fully set forth herein.

214.　Plaintiffs bring this Count on behalf of all Class Members.

215.　Amazon, as a seller of products to Plaintiffs and the Class, had a duty to disclose to consumers that the Sunscreen Products contained heavy metals

CLASS ACTION COMPLAINT - 71

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

216.     The facts concealed or not disclosed by Amazon were material facts in that Plaintiffs and the Class, and other reasonable consumers, would have considered them in deciding whether to purchase the Sunscreen Products. Had Plaintiffs and the Class Members known the Sunscreen Products did not have the quality, ingredients, standards, and suitability for use as advertised by Amazon and contained (or had a material risk of containing) heavy metals, including cadmium and lead, they would not have purchased the Sunscreen Products or paid a premium price.

217.     Amazon alone possessed the information that was material to Plaintiffs and the Class and failed to disclose such material information to consumers.

218.     Because identifying the presence of heavy metals requires expensive and sophisticated laboratory testing, reasonable consumers, such as Plaintiffs, could not learn of the inclusion of heavy metals in the Sunscreen Products unless Amazon included a proper disclosure.

219.     Amazon misrepresented, partially misrepresented, omitted, suppressed, and concealed material facts regarding the Sunscreen Products, namely the fact that the Sunscreen Products contained heavy metals, including cadmium and lead.

220.     As a result of Amazon's Misrepresentations and partial misrepresentations, with no disclosures as to the presence or risk of significant levels of heavy metals in the Sunscreen Products on its point-of-sale webpages, Plaintiffs did not expect the Sunscreen Products to contain heavy metals.

221.     Amazon intended for Plaintiffs and the Class to rely on its Misrepresentations and partial misrepresentations, Omissions, active concealment, and other deceptive conduct

CLASS ACTION COMPLAINT - 72

regarding the Sunscreen Products' quality, ingredients, standards, and suitability for use when purchasing the Sunscreen Products, unaware of the undisclosed material facts.

222.    Plaintiffs and the Class Members did in fact rely on the material Misrepresentations, partial misrepresentations, and Omissions and purchased the Sunscreen Products to their detriment. Given the materiality of the Omissions, Plaintiffs' and the Class's reliance on the Misrepresentations, partial misrepresentations, and Omissions were justifiable.

223.    Plaintiffs and the Class Members purchased the Sunscreen Products that contain undisclosed levels of heavy metals despite the availability of other sunscreen products with non-detectable levels of heavy metals.

224.    Amazon charged, and Plaintiffs and the Class Members paid, a premium price for the Sunscreen Products despite the availability of other sunscreen products with non-detectable levels of heavy metals.

225.    Amazon's Omissions and/or Misrepresentations alleged herein caused Plaintiffs and the Class Members to make their Sunscreen Product purchases. Plaintiffs were unaware of these material facts, and had Amazon communicated these material facts to consumers, Plaintiffs and the Class Members would not have purchased the Sunscreen Products, or would not have purchased the Sunscreen Products at the prices they paid. Accordingly, Plaintiffs and the Class Members have suffered injury in fact, including lost money or property, as a result of Amazon's Misrepresentations, partial misrepresentations, Omissions, and other deceptive conduct.

226.    Accordingly, Amazon is liable to Plaintiffs and the Class Members for damages in an amount to be proven at trial, including but not limited to, benefit-of-the-bargain damages, restitution and/or diminution of value

CLASS ACTION COMPLAINT - 73

227.    Amazon's acts were done wantonly, maliciously, oppressively, deliberately, with intent to defraud, and in reckless disregard of Plaintiffs' and other Class Members' rights, in order to enrich Amazon. Amazon's conduct warrants an assessment of punitive damages in an amount sufficient to deter such conduct in the future, which amount is to be determined according to proof.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, individually and on behalf of all others similarly situated, respectfully request that the Court:

a) Certify the Class, and appoint Plaintiffs and their counsel to represent the Class;

b) An order temporarily and permanently enjoining Amazon from continuing the unlawful, deceptive, fraudulent, and unfair business practices alleged herein;

c) Costs, restitution, damages, including punitive damages, and disgorgement in an amount to be determined at trial;

d) An order requiring Amazon to pay both pre- and post-judgment interest on any amounts awarded;

e) An award of costs and attorneys' fees; and

f) Award such other and further relief as this Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury.

CLASS ACTION COMPLAINT - 74

**Dated:** April 30, 2026                    Respectfully submitted,

*/s/ Brendan W. Donckers*
Brendan W. Donckers (WSBA # 39406)
BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Avenue, Suite 2400
Seattle, WA 98104
Telephone: (206) 652-8660
Fax: (206) 652-8290
E-Mail: bdonckers@bjtlawyers.com

Rebecca A. Peterson
Krista K. Freier
Catherine A. Peterson
Hecht Partners LLP
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9530
E-Mail: rpeterson@hectpartners.com
           kfreier@hechtpartners.com
           cpeterson@hechtpartners.com
E-Service: e-servicecapg@hechtpartners.com

Daniel E. Gustafson
Catherine Sung-Yun K. Smith
Adam Kolb
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
           csmith@gustafsongluek.com
           akolb@gustafsongluek.com

Jason Gustafson
THRONDSET MICHENFELDER, LLC
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
Telephone: (763) 515-6110
E-mail: jason@throndsetlaw.com

CLASS ACTION COMPLAINT - 75

Raphael Janove
JANOVE PLLC
115 Broadway, 5th Floor
New York, NY 10006
E-mail: Raphael@Janove.Law

*Counsel for Plaintiffs and the Proposed Class*

CLASS ACTION COMPLAINT - 76

**APPENDIX A: Sunscreen Products**

The Sunscreen Products include the spray, lotion, stick, and roll-on versions of the products listed below:[84]

- 365 by Whole Foods Market Sport Mineral Sunscreen (SPF 30)
- Sun Bum Baby Bum Mineral Sunscreen (SPF 50)
- Banana Boat Simply Protect Baby Sunscreen (SPF 50)
- Banana Boat Simply Protect Kids Sunscreen (SPF 50)
- Blue Lizard Baby Mineral Sunscreen (SPF 50)
- Blue Lizard Kids Mineral Sunscreen (SPF 50)
- Coppertone Kids Tear Free Sunscreen (SPF 50)
- Coppertone Pure & Simple Baby Sunscreen (SPF 50)
- Coppertone Pure & Simple Kids Sunscreen (SPF 50)
- Thinkbaby Baby Mineral Sunscreen (SPF 50)
- Thinkbaby Baby Sunscreen for Sensitive Skin (SPF 50)

| Product (Testing by Plaintiffs) | Cadmium | Lead |
|---|---|---|
| 365 by Whole Foods Market Sport Mineral Sunscreen Lotion (SPF 30) | 78.5 ppb | 1,705.3 ppb |
| Sun Bum Baby Bum Mineral Sunscreen Lotion (SPF 50) | 177.7 ppb | 548 ppb |
| Sun Bum Baby Bum Mineral Sunscreen Lotion (SPF 50)[85] | 24.7 ppb | 409.8 ppb |
| Sun Bum Baby Bum Mineral Roll-On Sunscreen (SPF 50)[86] | 117.1 ppb | 982.7 ppb |

[84] Discovery may reveal additional sunscreen products by Amazon that contain cadmium, lead, arsenic, and/or mercury or other heavy metals. Plaintiffs reserve their right to amend and include any such additional products and/or heavy metals in this action.

[85] This testing represents results from product purchased by Plaintiff Wolf.

[86] This testing represents results from product purchased by Plaintiff Correia.

CLASS ACTION COMPLAINT - 77

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

| Product (Testing by Plaintiffs) | Cadmium | Lead |
|---|---|---|
| Banana Boat Simply Protect Baby Sunscreen Lotion (SPF 50) | 10.78 ppb | 455.92 ppb |
| Banana Boat Simply Protect Kids Sunscreen Lotion (SPF 50) | 97 ppb | 323.9 ppb |
| Blue Lizard Baby Mineral Sunscreen Stick (SPF 50) | 96.5 ppb | 2,728.5 ppb |
| Blue Lizard Kids Mineral Sunscreen Stick (SPF 50) | 221.3 ppb | 1,021.5 ppb |
| Coppertone Kids Tear Free Sunscreen Lotion (SPF 50) | 12.59 ppb | 264.1 ppb |
| Coppertone Pure & Simple Baby Sunscreen Lotion (SPF 50) | 360.7 ppb | 986.2 ppb |
| Coppertone Pure & Simple Kids Sunscreen Lotion (SPF 50) | 429.7 ppb | 1,350.9 ppb |
| Thinkbaby Baby Mineral Sunscreen Lotion (SPF 50) | 613.9 ppb | 658.2 ppb |
| Thinkbaby Baby Sunscreen for Sensitive Skin (SPF 50) | 656.5 ppb | 1,364.7 ppb |
| Thinkbaby Baby Sunscreen for Sensitive Skin (SPF 50)[87] | 133.7 ppb | 869.3 ppb |

| Product (Testing by LSM) | Cadmium | Lead |
|---|---|---|
| Baby Bum Sunscreen SPF 50 | 232.4 ppb | 495.1 ppb |
| Blue Lizard SPF 50 | 266.7 ppb | 666.3 ppb |
| Coppertone Pure & Simple Baby Sunscreen | 356.10 ppb | 1,017.5 ppb |
| ThinkBaby Clear Zinc 20% Sunscreen SPF 30 | 645 ppb | 1,235.4 ppb |
| ThinkBaby Zinc Oxide Sunscreen SPF 50 | 575.5 ppb | 1,251.1 ppb |

[87] This testing represents results from product purchased by Plaintiff Wolf.

CLASS ACTION COMPLAINT - 78

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

## APPENDIX B: PRODUCT PAGES

---

### 365 Whole Foods Sport Mineral Sunscreen SPF 30

---





365 by Whole Foods Market, Sport Lotion Mineral Sunscreen, SPF 30, Water Resistant (80 Minutes), 6 Fl Oz

Visit the 365 by Whole Foods Market Store

4.1 ★★★★☆ (263)  |  Search this page

500+ bought in past month

$9.99 ($1.67 / fluid ounce)

Price history

prime Two-Day
FREE Returns ⌄

**Coupon:** Save 25%: Coupon available when you select Subscribe & Save .  Shop items ›  |  Terms

**10% off** on any 4 qualifying items  Shop items ›

Save up to 15% with business pricing. Sign up for a free Amazon Business account

Size: 6 Fl Oz (Pack of 1)

| 1.5 Fl Oz (Pack of 1) | 6 Fl Oz (Pack of 1) |
|---|---|
| $4.38 ($2.92 / fluid ounce) FREE Delivery Wednesday | $9.99 ($1.67 / fluid ounce) FREE Delivery Wednesday |

**Delivery**  **Pickup**

One-time purchase ●
$9.99 ($1.67 / fluid ounce)

prime Two-Day

FREE delivery **Wednesday, April 15.** Order within **1 hr 8 mins**

Deliver to Krista - Minneapolis 55431

In Stock

Quantity: 1 ⌄

Add to cart

Buy Now

Shipped and sold by Amazon.com
FREE 30-day refund/replacement
Customer service by Amazon.com
⌄ See more

Subscribe & Save ⟳ ○

---

### Top highlights ⌃

| | |
|---|---|
| **Scent** | Fresh |
| **Product Benefits** | Ultra-Violet Protection |
| **Sun Protection Factor** | 30 Sun Protection Factor (SPF) |
| **Item Weight** | 0.38 Pounds |
| **Number of Items** | 1 |

#### About this item

- Broad spectrum SPF 30 UVA/UVB protection
- Water resistant for 80 minutes
- Made with vegetarian ingredients
- No octinoxate, homosalate, oxybenzone, or PABA
- Made without parabens or phthalates
- 6 fluid ounce bottle

### Features & Specs ⌃

| | |
|---|---|
| **Scent Name** | Fresh |
| **Product Benefits** | Ultra-Violet Protection |
| **Sun Protection Factor** | 30 Sun Protection Factor (SPF) |
| **Skin Type** | All |
| **Water Resistance Level** | Water Resistant |
| **Item Form** | Lotion |
| **Additional Features** | Vegetarian ingredients, 80-minute water resistance, free from common harmful chemicals |
| **Skin Tone** | All |

---

#### Product Description

We believe what goes on your body is as important as what goes in it. That's why our beauty and body care standards go beyond typical "clean beauty" claims. We ban 240+ ingredients commonly used in beauty and body products, including parabens, phthalates, formaldehyde donors, oxybenzone, PFAS and EDTA. Our experts review the latest research on beauty and body care ingredients for many factors including possible impacts on the environment and human health. Organic claims on our body care products are required to be backed up by third-party certification. Products labeled "organic" are required to contain at least 95% organic ingredients and be certified to the USDA National Organic Standards.

---

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

**Baby Bum Mineral Sunscreen SPF 50**







CLASS ACTION COMPLAINT - 80

## Top highlights ⌃

| | |
|---|---|
| **Scent** | Unscented |
| **Product Benefits** | Gentle Mineral-active, Ultra-Violet Protection |
| **Sun Protection Factor** | 15 Sun Protection Factor (SPF) |
| **Item Weight** | 0.03 Pounds |
| **Number of Items** | 1 |

### About this item

- BABY BUM SPF 50 SUNSCREEN FACE STICK. Our convenient, get-out-the-door faster format is gentle mineral-active based protection. The easy roll-on face stick applies and absorbs quickly to face (and body) with a non-oily feel for UVA/UVB protection. Fit this mini size in your carry-on for your next sunny vacation.
- GENTLE, PLANT-BASED SKIN CARE. Our plant-based formula contains zinc oxide, coconut oil, shea butter and cocoa butter to nourish and hydrate all skin types. Vegan, Cruelty, Gluten and Dye Free to meet the needs of delicate baby skin.
- HOW TO USE. Chase 'em down and get their face. Swipe across forehead starting at the hairline and work your way down careful not to miss a spot. Apply 15 minutes before sun. Reapply after 80 minutes of swimming, and immediately after a towel dry.
- FORMULATED FOR OUR RAD LITTLE KIDS. Specifically formulated for kids, toddlers and babies with naturally moisturizing ingredients. Pediatrician and Dermatologist tested. Paraben, Sulfate, Silicone and Phthalate free.
- TRUST THE BUM. What does that mean? It means trust us, the ones who live on the beach and need products that work on the most intense days in the sun. The simple truth is, when you make products to protect the ones you love, you make 'em better.
- Baby Bum SPF 50 Mineral Sunscreen Face Stick is FSA/HSA eligible and meets FDA requirements for sun protection, giving you peace of mind while you protect your skin

## Features & Specs ⌃

| | |
|---|---|
| **Scent Name** | Unscented |
| **Product Benefits** | Gentle Mineral-active, Ultra-Violet Protection |
| **Sun Protection Factor** | 15 Sun Protection Factor (SPF) |
| **Skin Type** | All |
| **Water Resistance Level** | Water Resistant |
| **Item Form** | Stick |
| **Target Use Body Part** | Face |
| **Color** | SPF 50 |
| **Additional Features** | Octinoxate & Oxybenzone Free, Hawaii 104 Act Compliant |
| **Skin Tone** | Sensitive skin |



SPF 50

Gentle mineral-active protection

Made with Vitamin E, Shea Butter and Cocoa Butters.

# Trust The Bum®

 Vegan

 Cruelty Free

 Pediatrician Tested

 Fragrance Free

 For Sensitive Skin

 Gluten Free

 Made Without Parabens

 Hawaii Act 104 Compliant
Made Without Oxybenzone & Octinoxate

CLASS ACTION COMPLAINT - 81

**Product Description**

Broad spectrum, lightweight, and non-greasy, our SPF 50 sunscreen face stick is made of safe minerals to protect babies' skin from UVA/UVB rays. Water resistant (80 mins).







# Made for our rad little ones.

We make our products for our own little ones, so every detail matters. Our Baby Bum collection is super gentle and uses the best ingredients for delicate and sensitive skin.

    

   

**Made Without:**
· Oxybenzone · Octinoxate

**Pediatrician Tested**

Thumbs up for overall safety & sensitivity. Still important to consult with your doctor.

**Fragrance Free**

Our Baby Sunscreen formula was designed with sensitive skin in mind and made without using synthetic fragrances, dyes, or parabens.

**Non-Nano Zinc**

Non-nano zinc reflects UVA and UVB rays from the surface of our skin.

**Trust The Bum®**

**What does that mean?**

It means trust us, the ones who live on the beach and need products that work on even the most intense days in the sun. The simple truth is, when you make products to protect the ones you love, you make 'em better.

CLASS ACTION COMPLAINT - 82

**Banana Boat Simply Protect Baby Sunscreen SPF 50**








Click to see full view

 Banana Boat Suncare Banana Boat
Simply Protect Mineral-based
Sunscreen Lotion for Baby Spf
50+, 6 Oz

Visit the Banana Boat Store

4.3 ★★★★⯪ ∨ (295)  |  Search this page

**Top highlights** ∨

**Features & Specs** ∨

**Measurements** ∨

( See all product specifications )

**Similar item with fast delivery**

Thinkkids SPF 50+ Mineral Sunscreen, 6 Fl Oz
– Safe, Natural Baby Mineral Sunscreen for
Children - Water Resistant Sun Cream – Broad
Spectrum UVA/UVB Sun Protection – Reef
Safe

6 Fl Oz (Pack of 1)

★★★★⯪ (6618)

$18.89 ($3.15/fluid ounce)

CLASS ACTION COMPLAINT - 83



CLASS ACTION COMPLAINT - 84

## Top highlights ^

| | |
|---|---|
| **Scent** | Banana |
| **Brand** | Banana Boat |
| **Material Feature** | Mineral-based, No added oils or fragrances |
| **Product Benefits** | Ultra-Violet Protection |
| **Sun Protection Factor** | 30 Sun Protection Factor (SPF) |

### About this item

- Helps prevent sunburn
- Mineral-based, Trae free
- Blocks UVA rays, blocks UVB rays

## Features & Specs ^

| | |
|---|---|
| **Scent Name** | Banana |
| **Product Benefits** | Ultra-Violet Protection |
| **Sun Protection Factor** | 30 Sun Protection Factor (SPF) |
| **Skin Type** | Sensitive |
| **Water Resistance Level** | Water Resistant |
| **Item Form** | Lotion |
| **Target Use Body Part** | Body |
| **Color** | Lotion |
| **Skin Tone** | All |

### Product Description

Banana Boat simply Protect mineral-based sunscreen lotion for baby SPF 50+ water resistant sunscreen protects your baby from harmful UVA and UVB rays and is mild enough for even the most delicate skin. Strong, broad spectrum sun protection made without Oxybenzone, parabens or added oils and fragrances. It is mild, tear free formula allows you to protect your baby without the tears! Banana Boat baby goes on quickly and easily so your time in the sun with baby can be worry-free.

CLASS ACTION COMPLAINT - 85

**Banana Boat Simply Protect Kids Sunscreen SPF 50**





Click to see full view





**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

## Top highlights ^

| | |
|---|---|
| Scent | Banana |
| Sun Protection Factor | 50 Sun Protection Factor (SPF) |
| Brand | Banana Boat |
| Material Feature | lightweight, non-greasy, mineral-based, no added oils or fragrances |
| Product Benefits | Hypoallergenic |

### About this item

- WORRY-FREE SUN PROTECTION Our broad spectrum, water-resistant sunscreen protects your children from harmful UVA and UVB rays, so you can have a worry-free day of fun in the sun.
- 25% FEWER INGREDIENTS* Strong, broad spectrum sun protection made without oxybenzone, parabens or added oils and fragrances. *by number vs. Banana Boat Sport Lotion SPF 50+
- TEAR FREE Our mild, tear free formula allows you to protect your kids without the tears! Banana Boat Kids is non-greasy and goes on quickly and easily so your kids can get straight to the fun.
- STAYS ON IN 7 CONDITIONS Banana Boat Simply Protect Kids Lotion stays on through sun, pool water, ocean water, wind, sweat, sand and even 100-degree heat: We've Got You Covered.
- RECOMMENDED BY THE SKIN CANCER FOUNDATION Simply Protect by Banana Boat is recommended by the Skin Cancer Foundation to protect against the sun's harmful rays.

## Features & Specs ^

| | |
|---|---|
| Scent Name | Banana |
| Product Benefits | Hypoallergenic |
| Sun Protection Factor | 50 Sun Protection Factor (SPF) |
| Skin Type | Sensitive |
| Water Resistance Level | Water Resistant |
| Item Form | Lotion |
| Target Use Body Part | Body |
| Color | Lotion |
| Additional Features | Not-Applicable |
| Skin Tone | All |

### Product Description

Banana Boat Simply Protect Kids sunscreen offers the same durable protection you've come to expect from Banana Boat, with 25% fewer ingredients* (*by number vs. Banana Boat Sport Lotion SPF 50+). The mild, tear-free formula goes on quickly and easily (without the tears) so your kids can get straight to the fun. Banana Boat Simply Protect provides worry-free sun protection that stays on through 7 conditions: sun, pool water, ocean water, wind, sweat, sand and even 100-degree heat. 7 Conditions does not apply to tanning or oil products, SPF 100 lotions, lip balms, Kids FREE, and Zinc Faces. Banana Boat - We've Got You Covered.

CLASS ACTION COMPLAINT - 87

**Blue Lizard Baby Mineral Sunscreen SPF 50**







BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

**Top highlights** ^

| | |
|---|---|
| Scent | Unscented |
| Sun Protection Factor | 50 Sun Protection Factor (SPF) |
| Brand | BLUE LIZARD |
| Product Benefits | Non-Comedogenic, Ultra-Violet Protection |
| Item Weight | 0.5 Ounces |

**About this item**

- ZINC OXIDE-ONLY SUNSCREEN - Protect sensitive skin with Blue Lizard Baby Mineral Sunscreen Stick SPF 50. Formulated with Zinc Oxide, it contains no harsh chemical active ingredients that might irritate sensitive skin.
- SPF 50 BROAD SPECTRUM PROTECTION - The water-resistant formula provides broad spectrum protection from up to 98% of UVB rays.
- FORMULATED FOR BABY'S DELICATE SKIN - vegan, paraben-free, fragrance-free formula.
- WATER-RESISTANT FORMULA - This convenient sunscreen stick provides water-resistant sun protection for up to 80 minutes.
- WE ♥ THE REEF – The reef-friendly formula is formulated without Oxybenzone or Octinoxate to help protect fragile ecosystems.

**Features & Specs** ^

| | |
|---|---|
| Scent Name | Unscented |
| Product Benefits | Non-Comedogenic, Ultra-Violet Protection |
| Sun Protection Factor | 50 Sun Protection Factor (SPF) |
| Skin Type | All |
| Water Resistance Level | Water Resistant |
| Item Form | Baby Sunscreen |
| Color | White |
| Additional Features | Not-Applicable |
| Skin Tone | All |



- Easy-to-apply mineral SPF 50 stick for baby
- Pocket-sized for on-the-go sun protection
- Formulated for baby's delicate skin
- Trusted by pediatricians



**Free From**

Harsh chemical active sunscreen ingredients

Fragrances

Parabens

Phthalates

CLASS ACTION COMPLAINT - 89

## Product Description

Protect your baby's skin from the sun's harmful rays with Blue Lizard Baby Mineral SPF 50 Sunscreen Stick. It is an easy, on-the-go SPF without the mess. This broad-spectrum UVA/UVB SPF 50 protection glides on easily, rubs in clear, and dries smooth, not sticky. Maximum water resistance (80 minutes) means more fun in the sun. Throw this sunscreen stick into your bag, backpack, or pocket for sun protection wherever baby may need it. This sunscreen stick is formulated with mineral active ingredients. It is vegan, cruelty-free, paraben-free, fragrance-free, and free from potentially harsh chemical sunscreen active ingredients that might irritate sensitive skin. Pocket-sized and TSA-friendly, this is the perfect travel companion to our sunscreen lotions. How to Use: Apply liberally to dry skin 15 minutes before sun exposure. Reapply: after 80 minutes of swimming or sweating, immediately after towel drying, or at least every 2 hours. For topical use only. Keep out of reach of children. For children under 6 months of age: Ask a doctor. Sun protection measures: Spending time in the sun increases your risk of skin cancer and early skin aging. To decrease this risk, regularly use a sunscreen with a broad spectrum SPF value of 15 or higher and other sun protection measures including: Limit time in the sun, especially from 10 a.m. to 2 p.m. Wear long-sleeved shirts, pants, hats and sunglasses. Protect the product in the container from excessive heat and direct sun. Product may stain some fabrics. We ♥ the Reef: This product is formulated without Oxybenzone or Octinoxate to help protect fragile reef ecosystems. Pediatricians trust Blue Lizard Australian Sunscreen, so you can have peace of mind that your baby's skin is protected from the sun.

### Baby Mineral SPF 50 Stick

- Easy-to-apply mineral SPF 50 stick for baby
- Pocket-sized for on-the-go sun protection
- Formulated for baby's delicate skin
- Cruelty-free and vegan
- Trusted by pediatricians

**Designed especially for baby**

### Our mission: to help safeguard lifelong healthy skin

Our singular purpose is to help everyone safely enjoy time in the sun. We care deeply about our customers, the quality of our products, and our impact on the planet.



Simplifying sunscreen selection by primarily focusing on SPF 50



Making sunscreens with only mineral active ingredients



All Blue Lizard products are free from fragrances, parabens, phthalates and chemical active ingredients



Offer a range of products for different life stages and needs

CLASS ACTION COMPLAINT - 90







BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

**Blue Lizard Kids Mineral Sunscreen SPF 50**

  

**Breskin Johnson Trial Lawyers, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

**Top highlights** ∧

| | |
|---|---|
| Scent | Unscented |
| Sun Protection Factor | 50 Sun Protection Factor (SPF) |
| Brand | BLUE LIZARD |
| Material Feature | Cruelty Free, Fragrance Free, Mineral Based, Vegan |
| Product Benefits | Sun Protection |

**About this item**

- ZINC OXIDE-ONLY SUNSCREEN - Protect sensitive skin with Blue Lizard Kids Mineral Sunscreen Stick SPF 50. Formulated with Zinc Oxide, it contains no harsh chemical active ingredients that might irritate sensitive skin.
- SPF 50 BROAD SPECTRUM PROTECTION - The water-resistant formula provides broad spectrum protection and protects skin from up to 98% of UVB rays.
- DEVELOPED FOR KIDS' SENSITIVE SKIN – This specially-designed formula is also paraben-free and fragrance-free.
- WATER-RESISTANT FORMULA - This convenient sunscreen stick provides water- resistant sun protection for up to 80 minutes.
- WE ♥ THE REEF – The reef-friendly formula is formulated without Oxybenzone or Octinoxate to help protect fragile reef ecosystems.

**Features & Specs** ∧

| | |
|---|---|
| Scent Name | Unscented |
| Product Benefits | Sun Protection |
| Sun Protection Factor | 50 Sun Protection Factor (SPF) |
| Skin Type | Sensitive |
| Water Resistance Level | Water Resistant |
| Item Form | Kids Sunscreen |
| Color | Kids |
| Additional Features | Not-Applicable |
| Skin Tone | All |

## Free From

Harsh chemical active sunscreen ingredients

Fragrances

Parabens

Phthalates



Non-Comedogenic formula

Suitable for face and body!

CLASS ACTION COMPLAINT - 93

**Product Description**

Protect little faces on the go with Blue Lizard Kids Mineral Sunscreen Stick. This broad-spectrum UVA/UVB SPF 50 protection glides on easily, rubs in clear, and dries smooth, not sticky. Maximum water resistance (80 minutes) means more fun in the sun. Made with skin-nourishing botanicals, this formula helps nourish your little one's skin. Throw it into your bag, backpack, or pocket for on-the-go broad-spectrum protection. This sunscreen stick is formulated with mineral active ingredients. It is vegan, cruelty-free, paraben-free, fragrance-free, and free from potentially harsh chemical sunscreen active ingredients that might irritate sensitive skin. Pocket-sized and TSA-friendly, this is the perfect travel companion to our sunscreen lotions. How to Use: Apply liberally to dry skin 15 minutes before sun exposure. Reapply: after 80 minutes of swimming or sweating, immediately after towel drying, or at least every 2 hours. For topical use only. Keep out of reach of children. For children under 6 months of age: Ask a doctor. Sun protection measures: Spending time in the sun increases your risk of skin cancer and early skin aging. To decrease this risk, regularly use a sunscreen with a broad spectrum SPF value of 15 or higher and other sun protection measures including: Limit time in the sun, especially from 10 a.m. to 2 p.m. Wear long-sleeved shirts, pants, hats and sunglasses. Protect the product in the container from excessive heat and direct sun. Product may stain some fabrics. We ♥ the Reef: This product is formulated without Oxybenzone or Octinoxate to help protect fragile reef ecosystems. Pediatricians trust Blue Lizard Australian Sunscreen, so you can have peace of mind that your child's skin is protected from the sun.

## Kids Mineral SPF 50 Stick

- Powerful but gentle broad-spectrum SPF 50 for kids

- Pocket-sized and TSA-friendly

- Water resistant for 80 minutes

- Cruelty-free and vegan

- Trusted by pediatricians



**Blue Lizard mineral sunscreens are trusted by dermatologists and pediatricians to help keep your skin healthy and safe while you and your family enjoy time in the sun.**

## Our mission: to help safeguard lifelong healthy skin

Our singular purpose is to help everyone safely enjoy time in the sun. We care deeply about our customers, the quality of our products, and our impact on the planet.









Simplifying sunscreen selection by primarily focusing on SPF 50

Making sunscreens with only mineral active ingredients

All Blue Lizard products are free from fragrances, parabens, phthalates and chemical active ingredients

Offer a range of products for different life stages and needs

CLASS ACTION COMPLAINT - 94

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660



## Our commitment to the environment

Blue Lizard was born in Australia, home to the Great Barrier Reef. We are deeply committed to choosing ingredients and packaging to reduce our impact on our environment while still providing the high quality sunscreens our customers expect.

**WE LOVE THE REEF™**





No Blue Lizard products contain reef-damaging Oxybenzone or Octinoxate

All Blue Lizard products are vegan and cruelty-free

All lotion tubes contain at least 35% post-consumer recycled (PCR) content

CLASS ACTION COMPLAINT - 95

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

**Coppertone Kids Tear Free Sunscreen SPF 50**



Click to see full view



**Coppertone Kids SPF 50 Tear Free Lotion (8 Fluid Ounce)**

Visit the Coppertone Store

4.6 ★★★★⯪ (485)  |

Search this page

Amazon's Choice

300+ bought in past month

$16⁴⁴ ($2.06 / fluid ounce)

Price history

You're invited to apply for Prime Visa. Get a $175 Amazon Gift Card instantly upon approval. Find out how

Size: 8 Fl Oz (Pack of 1)

| 8 Fl Oz (Pack of 1) |
| --- |
| $16.44 ($2.06 / fluid ounce) |

Ask Rufus

Is this sunscreen tear-free?     Does it have a scent?



$16⁴⁴ ($2.06 / fluid ounce)

FREE delivery **April 16 - 20**. Details

Or fastest delivery **April 15 - 16**. Details

Deliver to Krista - Minneapolis 55431

**In Stock**

Quantity: 1

Add to cart

Buy Now

Shipped and sold by iHerb
30-day refund/replacement
Customer service by Amazon

See more

FSA or HSA eligible Details

Add to Auto Buy

CLASS ACTION COMPLAINT - 96

## Top highlights ∧

| | |
|---|---|
| **Scent** | Unscented |
| **Sun Protection Factor** | 50 Sun Protection Factor (SPF) |
| **Brand** | Coppertone |
| **Material Type Free** | Mineral-based sunscreen |
| **Product Benefits** | Ultra-Violet Protection |

### About this item

- Pediatrician Recommended: Body sunscreen lotion for kids from the #1 pediatrician recommended sunscreen brand (2)
- Stays on Strong: Coppertone Kids SPF 50 sunscreen for body stays on strong when kids play
- Water Resistant: Water resistant sunscreen (80 minutes) is perfect for family fun in the sun
- Dermatologically Tested: This Coppertone sunscreen is dermatologically tested and contains no dyes or PABA
- Includes one 8 fluid ounce bottle of Coppertone Kids Sunscreen Lotion, SPF 50

## Features & Specs ∧

| | |
|---|---|
| **Scent Name** | Unscented |
| **Product Benefits** | Ultra-Violet Protection |
| **Sun Protection Factor** | 50 Sun Protection Factor (SPF) |
| **Skin Type** | All |
| **Water Resistance Level** | Water Resistant |
| **Item Form** | Lotion |
| **Target Use Body Part** | Whole Body |
| **Color** | Blue |
| **Additional Features** | Kid-Specific, Pediatrician Recommended, Water Resistant, Dye-Free, PABA-Free |
| **Skin Tone** | All |





CLASS ACTION COMPLAINT - 97

**Product Description**

Protect your child's skin from the sun's harmful UV rays with Coppertone Kids SPF 50 Sunscreen Lotion. From the #1 pediatrician recommended sunscreen brand(2), this Coppertone sunscreen for kids offers Broad Spectrum UVA/UVB protection in a dermatologically tested formula. The sunscreen lotion SPF 50 formula is water resistant (80 minutes), and stays on strong when kids play. Each sunscreen Coppertone created follows a tradition of trusted, quality sun protection products. Coppertone has been providing continuous innovation for more than 75 years, and is voted the most trusted sunscreen brand.(1) Depend on this sunscreen SPF 50 formula for any of your kids' outdoor activities, whether they're enjoying a day at the beach, playing in the backyard or participating in outdoor sports. Use and reapply Coppertone Kids sunscreen as directed. (1)Voted Most Trusted Sunscreen Brand by American Shoppers Based on the 2022 BrandSpark American Trust Study. (2)According to IQVIA, Provoice Survey From June 1, 2021 to May 31, 2022

**STAYS ON STRONG EVEN IN WATER**

SPF 50

- Proven broad spectrum UVA/UVB protection
- Tear free formula
- Free of oxybenzone, PABA & dyes
- Water resistant (80 minutes)

USE AND REAPPLY AS DIRECTED

## Mild and durable formula specifically designed for kids

Coppertone Kids SPF 50 sunscreen lotion allows kids to stay active while protecting their skin from the sun's damaging UVA and UVB rays. This #1 pediatrician recommended sunscreen brand is dermatologist tested for your kids gentle skin. The fast drying, water resistant (80 minutes), and tear free sunscreen lotion will not run into eyes and sting. Enjoy a peace of mind while your kids play in the sun.



**Free of**

Coppertone Kids tear free sunscreen lotion is free of oxybenzone, PABA, and dyes.



**UVA vs UVB-know the difference**

UVB can give you sunburn while UVA can cause premature skin aging, but both can cause skin cancer.



**Gentle on skin**

Goes on smooth, rubs on easily and does not run into eyes and sting.



**Pediatrician recommended**

According to IQVIA, ProVoice Survey fielded from December 1, 2020 to November 30, 2021.



**IT'S GREAT OUTDOORS**

It's where the sun is. Where our days go from the ordinary to the extraordinary. At Coppertone, we're champions of the outdoors. Our trusted SPF empowers you and yours to boldly step outside and seize the sun. So get out there and see for yourself!

CLASS ACTION COMPLAINT - 98

**Coppertone Pure & Simple Baby Sunscreen SPF 50**





**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

## Top highlights ∧

| | |
|---|---|
| Scent | Fragrance Free |
| Sun Protection Factor | 50 Sun Protection Factor (SPF) |
| Brand | Coppertone |
| Product Benefits | Hypoallergenic |
| Item Weight | 6 Ounces |

### About this item

- HYPOALLERGENIC SUNSCREEN FOR BABY: From the #1 pediatrician recommended sunscreen brand(1), this Coppertone baby sunscreen lotion is hypoallergenic and gentle
- GENTLE PROTECTION: This Broad Spectrum sunscreen SPF 50 formula is mild and gentle, and protects baby's skin from the sun's harmful rays with UVA/UVB protection
- ZINC OXIDE SUN PROTECTION: This mineral sunscreen lotion contains 100% naturally sourced zinc oxide
- WATER RESISTANT SUNSCREEN: Coppertone sunscreen lotion is water resistant (80 minutes) and perfect for family fun in the sun
- FREE OF: Tear free sunscreen baby lotion is formulated without fragrance, oxybenzone, octinoxate, PABA, parabens, dyes and phthalates
- INCLUDES: One 6 fluid ounce bottle of Coppertone Pure and Simple Baby Sunscreen Lotion SPF 50

## Features & Specs ∧

| | |
|---|---|
| Scent Name | Fragrance Free |
| Product Benefits | Hypoallergenic |
| Sun Protection Factor | 50 Sun Protection Factor (SPF) |
| Skin Type | Sensitive |
| Water Resistance Level | Water Resistant |
| Item Form | Lotion |
| Target Use Body Part | Whole Body |
| Color | White |
| Additional Features | Baby-Safe Formula with Hypoallergenic, Tear-Free, and Water-Resistant Properties |
| Skin Tone | All |





CLASS ACTION COMPLAINT - 100



NATURALLY SOURCED
**ZINC OXIDE** BROAD SPECTRUM
SUN PROTECTION

**Product Description**

Playing outside is a lot more fun when your little ones are protected from the sun with Coppertone Pure and Simple Baby Sunscreen Lotion. From the #1 pediatrician recommended sunscreen brand(1), this Coppertone sunscreen for babies is hypoallergenic and gentle on the skin. Coppertone Pure and Simple sunscreen SPF 50 is water-resistant (80 minutes) so it stays on strong, offering your baby sun protection that lasts. The mineral sunscreen lotion is formulated with 100% naturally sourced zinc oxide to help deliver Broad Spectrum UVA/UVB protection. This tear free and fragrance free sunscreen is formulated without oxybenzone, octinoxate, PABA, parabens, dyes and phthalates. Apply this SPF 50 sunscreen lotion to your baby's skin whenever the fun takes you outside. Each sunscreen Coppertone creates follows a tradition of trusted, quality sun protection products. Coppertone has been providing continuous innovation for more than 75 years, and is voted the most trusted sunscreen brand.(2)

(1)According to IQVIA, Provoice Survey From July 1, 2023 to June 30, 2024

(2)Voted Most Trusted Sunscreen Brand by American Shoppers Based on the 2024 BrandSpark American Trust Study.

**100% MINERAL SUN PROTECTION†**

SPF 50

- Hypoallergenic & tear free formula with nourishing botanicals*
- Free of oxybenzone, octinoxate, PABA, parabens, dyes & fragrance
- Water resistant (80 minutes)

†BASED ON A ZINC OXIDE ACTIVE. *BOTANICAL EXTRACTS. USE AND REAPPLY AS DIRECTED.

**KEEP IT SIMPLE WITH 100% MINERAL SUN PROTECTION†**

†BASED ON A ZINC OXIDE ACTIVE
USE AND REAPPLY AS DIRECTED

CLASS ACTION COMPLAINT - 101



**Free of**

Coppertone Pure & Simple Baby sunscreen is free of oxybenzone, octinoxate, PABA, parabens, phthalates, dyes, and fragrance.



**Made with zinc oxide**

100% naturally sourced zinc oxide is an active ingredient that provides broad spectrum sun protection.

**For baby's delicate skin**

Sunscreen delivers broad spectrum UVA and UVB protection that rubs on easily.



**Pediatrician recommended brand**

According to IQVIA, Provoice survey from May 1, 2019 to April 30, 2021.



**COPPERTONE THE ONE FOR SUN**

You know those moments, when the sun's shining and you're with the people you love — laughing, playing, living. We yearn to extend and hold on to those moments...but we all need a little SPF to keep our skin protected from the sun's rays. Coppertone is there when you need just one more of what you love under the sun. Make one more memory. Have one more laugh. Get one more moment with the #1 most trusted suncare brand.

Coppertone, the one for sun.

**Coppertone.®**

**For more than 75 years, Coppertone has been offering trusted, innovative sun protection for the whole family.**

Founded in 1944, Coppertone was the first sun care brand launched in the U.S. market. Scientific research results, high quality standards and strict product tests are the basis for the wide range of sun protection products.

CLASS ACTION COMPLAINT - 102

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

**Coppertone Pure & Simple Kids Sunscreen SPF 50**










Click to see full view

CLASS ACTION COMPLAINT - 103

## Top highlights ⌃

| | |
|---|---|
| Scent | Unscented |
| Sun Protection Factor | 50 Sun Protection Factor (SPF) |
| Brand | Coppertone |
| Product Benefits | Hypoallergenic |
| Item Weight | 6.1 Ounces |

### About this item

- HYPOALLERGENIC SUNSCREEN FOR KIDS: From the #1 pediatrician recommended sunscreen brand(1), this Coppertone Kids sunscreen lotion is hypoallergenic and gentle on skin
- GENTLE PROTECTION: This Broad Spectrum sunscreen SPF 50 formula is mild and gentle, and protects skin from the sun's harmful rays with UVA/UVB protection
- ZINC OXIDE SUNSCREEN: This mineral sunscreen lotion is made with 100% naturally sourced zinc oxide
- WATER RESISTANT SUNSCREEN: Coppertone sunscreen lotion is water resistant (80 minutes) and perfect for family fun in the sun
- FORMULATED WITHOUT: Tear free sunscreen lotion for kids is formulated without fragrance, oxybenzone, octinoxate, PABA, parabens, dyes and phthalates
- INCLUDES: One 6 fluid ounce bottle of Coppertone Pure and Simple Kids Sunscreen Lotion SPF 50

## Features & Specs ⌃

| | |
|---|---|
| Scent Name | Unscented |
| Product Benefits | Hypoallergenic |
| Sun Protection Factor | 50 Sun Protection Factor (SPF) |
| Skin Type | All, Sensitive |
| Water Resistance Level | Water Resistant |
| Item Form | Lotion |
| Target Use Body Part | Whole Body |
| Color | White |
| Additional Features | Hypoallergenic, Tear-Free, Water Resistant, Naturally Sourced Zinc Oxide, Natural Botanicals |
| Skin Tone | All |

CLASS ACTION COMPLAINT - 104



**Product Description**

Let the kids play outside and protect their skin with Coppertone Pure & Simple Kids Sunscreen Lotion. From the #1 pediatrician recommended sunscreen brand(2), this Coppertone sunscreen for kids is hypoallergenic. The Coppertone sunscreen lotion formula is made with 100% naturally sourced Zinc Oxide. Coppertone Pure and Simple sunscreen for kids is an SPF 50 Broad Spectrum sunscreen that is water resistant (80 minutes). This Coppertone sunscreen formula is tear free, and free of fragrance, dyes, PABA, alcohol, octinoxate and oxybenzone. This sunscreen SPF 50 bottle is perfect for family fun in the sun. Voted the most trusted sunscreen brand(1), each sunscreen Coppertone creates follows a tradition of trusted, quality sun protection products. Use and reapply Coppertone sunscreen as directed. (1)Voted most trusted sunscreen brand by American shoppers based on the 2024 BrandSpark American trust study. (2)According to IQVIA, Provoice Survey From June 1, 2021 to May 31, 2022

## 100% MINERAL SUN PROTECTION† 

SPF 50

- Hypoallergenic & tear free formula with nourishing botanicals*
- Free of oxybenzone, octinoxate, PABA, parabens, dyes & fragrance
- Water resistant (80 minutes)

†BASED ON A ZINC OXIDE ACTIVE. *BOTANICAL EXTRACTS. USE AND REAPPLY AS DIRECTED.

## From the #1 most trusted sunscreen brand*

Pure & Simple Kids SPF 50 sunscreen lotion provides 100% mineral sun protection based on a zinc oxide active ingredient, the formula provides broad spectrum protection that is gentle for kid's sensitive skin. This tear free hypoallergenic sunscreen is also free of oxybenzone, octinoxate, PABA, parabens, dyes, and fragrance. *Voted Most Trusted Sunscreen Brand by American Shoppers based on the 2021 Brandspark American Trust Study.









**Free of**

Coppertone Pure & Simple Kids sunscreen lotion is free of oxybenzone, octinoxate, PABA, parabens, phthalates, dyes, and fragrance.

**Made with zinc oxide**

100% naturally sourced zinc oxide is an active ingredient that provides broad spectrum sun protection.

**For kid's sensitive skin**

Sunscreen delivers broad spectrum UVA and UVB protection that rubs on easily.

**Pediatrician recommended brand**

According to IQVIA, Provoice Survey from May 1, 2019 to April 30, 2021.

CLASS ACTION COMPLAINT - 105

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

KEEP IT SIMPLE WITH
**100% MINERAL**
SUN PROTECTION†

†BASED ON A ZINC OXIDE ACTIVE
USE AND REAPPLY AS DIRECTED

**IT'S GREAT OUTDOORS**

It's where the sun is. Where our days go from the ordinary to the extraordinary. At Coppertone, we're champions of the outdoors. Our trusted SPF empowers you and yours to boldly step outside and seize the sun. So get out there and see for yourself!

CLASS ACTION COMPLAINT - 106

## Thinkbaby Baby Mineral Sunscreen SPF 30





Click to see full view

**Ask Rufus**

Does it leave a white cast?    Is it fragrance free?    Can it be used on the face?

Why you might like this    Compare with similar    Ask something else



Thinkbaby SPF 50+ Baby Sunscreen, 3 Oz. – Safe, Natural Mineral Sun Cream for Babies - Water Resistant, Broad Spectrum UVA/UVB Sun Protection – Vegan Sunscreen for Kids

Visit the THINK Store

4.6 ★★★★☆ (24,108)  |  Search this page

**10K+ bought** in past month

-15% $13^{16} ($4.39 / ounce)

List Price: $15.49 ⓘ    Price history

You're invited to apply for Prime Visa. Get a $175 Amazon Gift Card instantly upon approval. Find out how

**prime** Overnight
FREE Returns ∨

Size: **3 Ounce (Pack of 1)**

| 3 Ounce (Pack of 1) | See 1 options with no featured offers |
| --- | --- |
| $13.16 ($4.39 / ounce) $15.49 FREE Delivery Overnight 7 AM - 11 AM | |





Delivery    Pickup

One-time purchase ⦿
$13^{16} ($4.39 / ounce)

**prime** Overnight
FREE delivery **Overnight 7 AM - 11 AM**. Order within 6 hrs 22 mins

Shorter shipping distance ∨

Deliver to Krista - Minneapolis 55431

**In Stock**

Quantity: 1 ∨

Add to cart

Buy Now

Ships from Amazon
Sold by Thinkbaby & Thinksport
FREE 30-day refund/replacement
Customer service by Amazon
∨ See more

Subscribe & Save 🛒 ○
$12^{50} ($4.17 / ounce)

CLASS ACTION COMPLAINT - 107

## Top highlights ⌃

| | |
|---|---|
| **Scent** | Papaya |
| **Sun Protection Factor** | 50 Sun Protection Factor (SPF) |
| **Product Benefits** | Ultra-Violet Protection |
| **Item Weight** | 3 Ounces |
| **Number of Items** | 1 |

### About this item

- SAFE, NATURAL PROTECTION: Thinkbaby sunscreen provides effective SPF 50+ sun protection for babies. The broad spectrum UVA & UVB kid sunscreen is suitable for daily use on infants' sensitive skin, offering gentle defense against the sun's rays

- EASY APPLICATION: The hydrating mineral sunscreen is quick and easy to apply to even the most active babies, and protection begins instantly. The fast absorbing kids sun lotion won't leave skin feeling oily or sticky, and has no unpleasant chemical scent.

- CLEAN MINERAL FORMULA: The first baby mineral sunscreen to pass Whole Foods Premium Care requirements, Leaping Bunny certified sun creams contain no PABA, parabens, phthalates, BPA, oxybenzone, avobenzone, petroleum, gluten, dairy, or toxic chemicals.

- WATER RESISTANT: Your baby can splash, swim and play in the water safely. Our children's and toddler sunscreen provides the highest water resistance per the FDA, offering babies continuous protection for up to 80 minutes in the pool or sea before the sunscreen should be re-applied.

- SUNCARE BY THINK SUN: Thinkdaily, Thinkbaby, Thinkkids & Thinksports have got your family covered with gentle and reef-safe ingredient based clean sunscreen, made to be effective for delicate and sensitive skin without sacrificing protection

## Features & Specs ⌃

| | |
|---|---|
| **Scent Name** | Papaya |
| **Product Benefits** | Ultra-Violet Protection |
| **Sun Protection Factor** | 50 Sun Protection Factor (SPF) |
| **Skin Type** | Sensitive |
| **Water Resistance Level** | Water Resistant |
| **Item Form** | Lotion |
| **Target Use Body Part** | Body |
| **Color** | White |
| **Additional Features** | Safe, Natural, Reef-Safe, Vegan, Cruelty-Free |
| **Skin Tone** | Sensitive skin |





CLASS ACTION COMPLAINT - 108

**Product description**



     



CLASS ACTION COMPLAINT - 109

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

**Thinkbaby Baby Sensitive Skin Sunscreen SPF 50**





Thinkbaby Baby Sunscreen for Sensitive Skin, 3 Fl Oz, SPF 50 Clear Zinc Oxide Baby Mineral Sunscreen, Broad Spectrum UVA/UVB Protection, Natural, Water Resistant, Reef Safe, Vegan

Visit the THINK Store

4.7 ★★★★☆ (199)  |  Search this page

High price
Learn more

Deliver to Krista - Minneapolis 55431

See All Buying Options

Add to List

**Top highlights**

**Features & Specs**

**Measurements**

See all product specifications

**Additional Details**

Small Business
This product is from a small business brand. Support small. Learn more



**Thinkbaby Baby Sunscreen for Sensitive Skin, 3 Fl Oz, SPF...**
★★★★½  199 ratings

No featured offers available



**Sellers on Amazon**

**New**
$15⁴⁹
($15.49 / fluid ounce)

✓prime
FREE delivery **Monday, April 13.**
Order within 12 hrs 45 mins

Add to Cart

Ships from        Amazon.com
Sold by          Thinkbaby & Thinksport
                 ★★★★½ (908 ratings)
                 93% positive over last 12 months
Customer         Amazon
service

CLASS ACTION COMPLAINT - 110

## Top highlights ∧

| | |
|---|---|
| Scent | Chamomile |
| Product Benefits | SPF 50, broad spectrum UVA/UVB protection, water resistant for 80 minutes, soothing for sensitive skin |
| Sun Protection Factor | 50 Sun Protection Factor (SPF) |
| Item Weight | 0.12 Kilograms |
| Number of Items | 1 |

## About this item

- CALMING PROTECTION: Our non-nano zinc oxide mineral sunscreen is formulated without fragrance or harmful ingredients and infused with soothing chamomile & moisturizing shea butter to help calm and nourish extra sensitive skin
- WATER RESISTANT: This baby and kids sunscreen provides reliable, long-lasting sun protection and is water-resistant for up to 80 minutes. Dermatologist recommended as a safe and effective choice for sensitive skin
- EASY APPLICATION: Kids hate standing still, so this is sunscreen kids and adults can quickly and easily apply, and protection begins instantly. The fast absorbing sunscreen for kids won't leave skin feeling oily or sticky, and has no unpleasant chemical scent.
- CLEAN MINERAL FORMULA: Suitable for sensitive skin and active lifestyles. This children and toddler sunscreen has no BPA, vegan, never tested on animals, reef-friendly, travel-sized, and TSA-approved
- SUNCARE BY THINK SUN: Thinkdaily, Thinkbaby, Thinkkids & Thinksports have got your family covered with gentle and reef-safe ingredient based clean sunscreen, made to be effective for delicate and sensitive skin without sacrificing protection

## Features & Specs ∧

| | |
|---|---|
| Scent Name | Chamomile |
| Product Benefits | SPF 50, broad spectrum UVA/UVB protection, water resistant for 80 minutes, soothing for sensitive skin |
| Sun Protection Factor | 50 Sun Protection Factor (SPF) |
| Skin Type | Sensitive |
| Water Resistance Level | Water Resistant |
| Item Form | Liquid |
| Skin Tone | All |

CLASS ACTION COMPLAINT - 111

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

**Product description**












CLASS ACTION COMPLAINT - 112

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

Lead Safe Mama, LLC Comparative Chart of Toxicant (Heavy Metal) Levels Found in Popular Sunscreen Products: 2025 / 2026

| Lead Safe Mama, LLC - Sunscreen Heavy Metals Comparison Chart, Lab Test Results | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Full lab reports for each listed product can be found on LeadSafeMama.com | | | | | | | 5 of 35 Positive for Mercury = 14.29% | | | 29 of 35 Positive for Cadmium = 82.86% | | | | |
| All measurements noted are in PARTS PER BILLION (ppb) | | Highest Levels For Noted Element | | | | | 33 of 35 Positive for Lead = 94.29% | | | 13 of 35 Positive for Arsenic = 37.14% | | | | Possibly Contaminated |
| Chart Last Updated: April 19, 2026 - DRAFT 2.1 (8 lab reports pendig publishing) | | | | | | EWG | | | | | | | | Concerning Ingredients |
| Sorted in order of Lead Level Ascending | | Sold for | Country | Percent | Verified | Pb | Cd | Hg | As | Reported | Reported | Zinc Oxide: Zn | |
| | Product Name | SPF # | Kids? | of Origin | Zinc | or Rated | Lead | Cadmium | Mercury | Arsenic | To WA | to FDA | Titanium Dioxide: TD |
| | NON-DETECT for Lead, Cadmium, Mercury, & Arsenic | SPF # | Kids? | Country | Zinc | EWG | Lead | Cadmium | Mercury | Arsenic | / | Learn more at LeadSafeMama.com | |
| 1 | Supergoop! Unseen Sunscreen | 50 | Face | USA | n/a | No | ND <5 | ND <5 | ND <5 | ND <10 | / | / | Chemical Sunscreen |
| 2 | La Roche-Posay Laboratoire Dermatologique, Face & Body — Anthelios Kids | 50 | Kid | / | n/a | No | ND <5 | ND <5 | ND <5 | ND <10 | / | / | Chemical Sunscreen |
| | Lead Levels of 5 to 99 ppb | SPF # | Kids? | Country | Zinc | EWG | Lead | Cadmium | Mercury | Arsenic | / | Learn more at LeadSafeMama.com | |
| 3 | Organic Sunscreen - To Be Published | 50 | Family | USA | n/a | No | 7.22 | ND <5 | ND <5 | ND <10 | / | / | ?? |
| 4 | Australian Sunscreen - To Be Published | 50 | Family | Australia | n/a | No | 7.52 | ND <5 | ND <5 | ND <10 | / | / | ?? |
| 5 | Hawaiian Tropic Sheer Touch Sunscreen Lotion | 30 | Family | USA | n/a | No | 8.60 | ND <5 | ND <5 | ND <10 | / | / | ?? |
| 6 | Banana Boat Sport — New & Improved — Family Size | 50 | Family | USA | n/a | No | 13.16 | 7.44 | 7.43 | 10.41 | / | / | ?? |
| 7 | California Baby Super Sensitive Sunscreen Lotion, SPF 30+ (No Added Fragrance) | 30 | Baby | / | n/a | No | 76.53 | ND <5 | ND <5 | ND <10 | / | / | ?? |
| 8 | Aveeno Baby Continuous Protection Sensitive Skin Zinc Oxide Sunscreen SPF 50 | 50 | Baby | / | n/a | No | 81.28 | 6.20 | ND <5 | ND <10 | / | / | ?? |
| | Lead Levels of 100 to 299 ppb | SPF # | Kids? | Country | Zinc | EWG | Lead | Cadmium | Mercury | Arsenic | / | Learn more at LeadSafeMama.com | |
| 9 | Cancer Council Sensitive Sunscreen, Fragrance Free, SPF 50 | 50 | Family | Australia | 5.00% | No | 118.00 | 9.57 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 10 | Hello Bello "Worry-Free Clean Stuff" Baby Mineral Sunscreen Lotion + Prebiotics | 55 | Baby | / | / | No | 169.20 | 166.10 | ND <5 | 465.30 | / | / | Zinc Oxide: Zn |
| 11 | Sunscreen Stick - To Be Published | 50 | / | / | / | No | 266.40 | 40.87 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 12 | Badger Baby Mineral Sunscreen Cream, 98% Organic Ingredients with Clear Zinc | 40 | Baby | / | / | No | 297.90 | 343.20 | 7.88 | 14.92 | / | / | Zinc Oxide: Zn |
| | Lead Levels of 300 to 999 ppb | SPF # | Kids? | Country | Zinc | EWG | Lead | Cadmium | Mercury | Arsenic | / | Learn more at LeadSafeMama.com | |
| 13 | Sport Sunscreen - To Be Published | 30 | / | / | / | / | 308.00 | 510.90 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 14 | Babo Botanicals Sensitive Baby Mineral Sunscreen Lotion | 50 | Baby | USA | 20.00% | Verified | 330.00 | 218.60 | ND <5 | 135.90 | / | / | Zinc Oxide: Zn |
| 15 | Stream2Sea EcoStick Sunscreen Tint, SPF 35+ | 35 | / | / | / | Verified | 341.90 | 77.83 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 16 | Badger Adventure Mineral Sunscreen | 50 | Family | USA | 25.00% | No | 343.70 | 251.80 | ND <5 | 19.96 | / | / | Zinc Oxide: Zn |
| 17 | Babo Botanicals Super Shield Mineral Sunscreen Lotion | 50 | Family | USA | 20.00% | Verified | 360.10 | 329.20 | ND <5 | 51.64 | / | / | Zinc Oxide: Zn |
| 18 | Kid Stick Sunscreen - To Be Published | 50 | Kid | / | / | / | 457.90 | 202.60 | ND <5 | 28.02 | / | / | Zinc Oxide: Zn |
| 19 | Primally Pure Sun Cream, SPF 30 Lavender Mint — "Poison-Free SPF" | 30 | No | / | / | / | 466.50 | 273.10 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 20 | Baby Bum Sunscreen (by Sun Bum) | 50 | Baby | USA | ? | No | 495.10 | 232.40 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 21 | Blue Lizard Australian Sunscreen (not from Australia) | 50 | Family | USA | 10.00% | No | 698.30 | 266.70 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 22 | Badger Face Mineral Sunscreen, 80% Organic Ingredients | 30 | Face | USA | ? | Rated #1 | 687.00 | 232.60 | ND <5 | 32.80 | / | / | Zinc Oxide: Zn |
| 23 | Happy Ocean Kids Mineral Sunscreen With EcoSafe Zinc, Pediatrican Approved | 45 | Kid | / | / | Verified | 902.50 | 223.30 | ND <5 | 23.23 | / | / | Zinc Oxide: Zn |
| 24 | Solara Suncare Guardian Angel Super Peptide Sunscreen Milk, SPF 50 | 50 | No | / | / | Verified | 923.80 | 442.10 | 5.31 | ND <10 | / | / | Zinc Oxide: Zn |
| 25 | Attitude Natural Care SPF 30 Unscented Baby Oatmeal Sensitive Natural Sunsreen | 30 | Baby | USA | ? | Verified | 944.20 | 220.20 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 26 | Family Sunscreen - To Be Published | 50 | Family | / | / | / | 961.10 | 516.60 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| | Lead Levels of 1,000 ppb & Up = Possibly Illegal by Washington State TFCA | SPF # | Kids? | Country | Zinc | EWG | Lead | Cadmium | Mercury | Arsenic | Reported | Reported | |
| 27 | Coppertone Pure & Simple Baby Sunscreen - Pink Bottle, Green Cap | 50 | Baby | USA | 24.08% | No | 1,017.50 | 356.10 | ND <5 | ND <10 | YES | pending | Zinc Oxide: Zn |
| 28 | Stream2Sea Every Day Mineral Sunscreen "4 Kids", SPF 45 | 45 | Kid | / | / | Verified | 1,126.20 | 241.10 | ND <5 | 26.04 | pending | pending | Zinc Oxide: Zn |
| 29 | Simple Sunscreen - To Be Published | 50 | / | / | / | / | 1,170.10 | 180.60 | 5.77 | 16.77 | pending | pending | Zinc Oxide: Zn |
| 30 | ThinkBaby Clear Zinc 20% Sunscreen, SPF 30 | 30 | Baby | USA | 20.00% | Verified | 1,235.40 | 645.00 | 5.29 | ND <10 | pending | pending | Zinc Oxide: Zn |
| 31 | ThinkBaby Zinc Oxide Sunscreen (company site says EWG, not listed on EWG site) | 50 | Baby | USA | 23.40% | No | 1,251.10 | 575.50 | ND <5 | ND <10 | YES | pending | Zinc Oxide: Zn |
| 32 | Sport Sunscreen - To Be Published | 50 | / | / | / | No | 1,265.80 | 510.90 | ND <5 | ND <10 | pending | pending | Zinc Oxide: Zn |
| 33 | Little Urchin Natural Face Sunscreen SPF 50 Clear Zinc - Made in Australia | 50 | Family | Australia | / | No | 1,311.60 | 337.90 | ND <5 | 229.60 | pending | pending | Zinc Oxide: Zn |
| 34 | Earth Mama Baby Mineral Sunscreen Lotion Broad Spectrum SPF | 40 | Baby | USA | / | No | 2,140.30 | 122.70 | ND <5 | ND <10 | pending | pending | Zinc Oxide: Zn |
| 35 | Sky & Sol Face and Body Sunscreen | 50 | Family | USA | 25.00% | No | 4,612.50 | 621.60 | ND <5 | 85.51 | YES | pending | Zinc Oxide: Zn |
| 36 | Single Ingredient Zinc Oxide Powder for Making Your Own Sunscreen | n/a | n/a | USA | 100.00% | n/a | 9,474.70 | 506.20 | ND <5 | ND <10 | pending | pending | Zinc Oxide: Zn |
| | More Mainstream / Well Known Brands Highlighted in Blue | | | | | | | | | | | | |
| | Not Yet Published Reports Highlighted in Yellow | | | | | | | | | Learn More at LeadSafeMama.com | | | |

# EXHIBIT 1

Lead Safe Mama, LLC Comparative Chart of Toxicant (Heavy Metal) Levels Found in Popular Sunscreen Products: 2025 / 2026

| # | Product Name | SPF # | Sold for Kids? | Country of Origin | Percent Zinc | EWG Verified or Rated | Pb Lead | Cd Cadmium | Hg Mercury | As Arsenic | Reported To WA | Reported to FDA | Possibly Contaminated / Concerning Ingredients |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Lead Safe Mama, LLC - Sunscreen Heavy Metals Comparison Chart, Lab Test Results** | | | | | | 5 of 35 Positive for Mercury = 14.29% | | 29 of 35 Positive for Cadmium = 82.86% | | | | |
| | Full lab reports for each listed product can be found on LeadSafeMama.com | | | | | | 33 of 35 Positive for Lead = 94.29% | | 13 of 35 Positive for Arsenic = 37.14% | | | | |
| | **NON-DETECT for Lead, Cadmium, Mercury, & Arsenic** | SPF # | Kids? | Country | Zinc | EWG | Lead | Cadmium | Mercury | Arsenic | / | | Learn more at LeadSafeMama.com |
| 1 | Supergoop! Unseen Sunscreen | 50 | Face | USA | n/a | No | ND <5 | ND <5 | ND <5 | ND <10 | / | / | Chemical Sunscreen |
| 2 | La Roche-Posay Laboratoire Dermatologique, Face & Body — Anthelios Kids | 50 | Kid | / | n/a | No | ND <5 | ND <5 | ND <5 | ND <10 | / | / | Chemical Sunscreen |
| | **Lead Levels of 5 to 99 ppb** | SPF # | Kids? | Country | Zinc | EWG | Lead | Cadmium | Mercury | Arsenic | / | | Learn more at LeadSafeMama.com |
| 3 | Organic Sunscreen - To Be Published | 50 | Family | USA | n/a | No | 7.22 | ND <5 | ND <5 | ND <10 | / | / | ?? |
| 4 | Australian Sunscreen - To Be Published | 50 | Family | Australia | n/a | No | 7.52 | ND <5 | ND <5 | ND <10 | / | / | ?? |
| 5 | Hawaiian Tropic Sheer Touch Sunscreen Lotion | 30 | Family | USA | n/a | No | 8.60 | ND <5 | ND <5 | ND <10 | / | / | ?? |
| 6 | Banana Boat Sport — New & Improved — Family Size | 50 | Family | USA | n/a | No | 13.16 | 7.44 | 7.43 | 10.41 | / | / | ?? |
| 7 | California Baby Super Sensitive Sunscreen Lotion, SPF 30+ (No Added Fragrance) | 30 | Baby | / | n/a | No | 76.53 | ND <5 | ND <5 | ND <10 | / | / | ?? |
| 8 | Aveeno Baby Continuous Protection Sensitive Skin Zinc Oxide Sunscreen SPF 50 | 50 | Baby | / | n/a | No | 81.28 | 6.20 | ND <5 | ND <10 | / | / | ?? |
| | **Lead Levels of 100 to 299 ppb** | SPF # | Kids? | Country | Zinc | EWG | Lead | Cadmium | Mercury | Arsenic | / | | Learn more at LeadSafeMama.com |
| 9 | Cancer Council Sensitive Sunscreen, Fragrance Free, SPF 50 | 50 | Family | Australia | 5.00% | No | 118.00 | 9.57 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 10 | Hello Bello "Worry-Free Clean Stuff" Baby Mineral Sunscreen Lotion + Prebiotics | 55 | Baby | / | / | No | 169.20 | 166.10 | ND <5 | 485.30 | / | / | Zinc Oxide: Zn |
| 11 | Sunscreen Stick - To Be Published | 50 | / | / | / | No | 266.40 | 40.87 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 12 | Badger Baby Mineral Sunscreen Cream, 98% Organic Ingredients with Clear Zinc | 40 | Baby | / | / | No | 297.90 | 343.20 | 7.88 | 14.92 | / | / | Zinc Oxide: Zn |
| | **Lead Levels of 300 to 999 ppb** | SPF # | Kids? | Country | Zinc | EWG | Lead | Cadmium | Mercury | Arsenic | / | | Learn more at LeadSafeMama.com |
| 13 | Sport Sunscreen - To Be Published | 30 | / | / | / | / | 308.00 | 510.90 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 14 | Babo Botanicals Sensitive Baby Mineral Sunscreen Lotion | 50 | Baby | USA | 20.00% | Verified | 330.00 | 218.80 | ND <5 | 135.90 | / | / | Zinc Oxide: Zn |
| 15 | Stream2Sea EcoStick Sunscreen Tint, SPF 35+ | 35 | / | / | / | Verified | 341.90 | 77.83 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 16 | Badger Adventure Mineral Sunscreen | 50 | Family | USA | 25.00% | No | 343.70 | 251.80 | ND <5 | 19.96 | / | / | Zinc Oxide: Zn |
| 17 | Babo Botanicals Super Shield Mineral Sunscreen Lotion | 50 | Family | USA | 20.00% | Verified | 350.10 | 329.20 | ND <5 | 51.64 | / | / | Zinc Oxide: Zn |
| 18 | Kid Stick Sunscreen - To Be Published | 50 | Kid | / | / | / | 457.90 | 202.60 | ND <5 | 26.02 | / | / | Zinc Oxide: Zn |
| 19 | Primally Pure Sun Cream, SPF 30 Lavender Mint — "Poison-Free SPF" | 30 | No | / | / | / | 466.50 | 273.10 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 20 | Baby Bum Sunscreen (by Sun Bum) | 50 | Baby | USA | ? | No | 495.10 | 232.40 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 21 | Blue Lizard Australian Sunscreen (not from Australia) | 50 | Family | USA | 10.00% | No | 698.30 | 266.70 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 22 | Badger Face Mineral Sunscreen, 80% Organic Ingredients | 30 | Face | USA | ? | Rated #1 | 687.00 | 232.60 | ND <5 | 32.60 | / | / | Zinc Oxide: Zn |
| 23 | Happy Ocean Kids Mineral Sunscreen With EcoSafe Zinc, Pediatrican Approved | 45 | Kid | / | / | Verified | 902.50 | 223.30 | ND <5 | 23.23 | / | / | Zinc Oxide: Zn |
| 24 | Solara Suncare Guardian Angel Super Peptide Sunscreen Milk, SPF 50 | 50 | No | / | / | Verified | 923.90 | 442.10 | 5.31 | ND <10 | / | / | Zinc Oxide: Zn |
| 25 | Attitude Natural Care SPF 30 Unscented Baby Oatmeal Sensitive Natural Sunsreen | 30 | Baby | USA | ? | Verified | 944.20 | 220.20 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| 26 | Family Sunscreen - To Be Published | 50 | Family | / | / | / | 961.10 | 516.80 | ND <5 | ND <10 | / | / | Zinc Oxide: Zn |
| | **Lead Levels of 1,000 ppb & Up = Possibly Illegal by Washington State TFCA** | SPF # | Kids? | Country | Zinc | EWG | Lead | Cadmium | Mercury | Arsenic | Reported | Reported | |
| 27 | Coppertone Pure & Simple Baby Sunscreen - Pink Bottle, Green Cap | 50 | Baby | USA | 24.08% | No | 1,017.50 | 356.10 | ND <5 | ND <10 | YES | pending | Zinc Oxide: Zn |
| 28 | Stream2Sea Every Day Mineral Sunscreen "4 Kids", SPF 45 | 45 | Kid | / | / | Verified | 1,126.20 | 241.10 | ND <5 | 26.04 | pending | pending | Zinc Oxide: Zn |
| 29 | Simple Sunscreen - To Be Published | 50 | / | / | / | / | 1,170.10 | 180.60 | 5.77 | 16.77 | pending | pending | Zinc Oxide: Zn |
| 30 | ThinkBaby Clear Zinc 20% Sunscreen, SPF 30 | 30 | Baby | USA | 20.00% | Verified | 1,235.40 | 645.00 | 5.29 | ND <10 | pending | pending | Zinc Oxide: Zn |
| 31 | ThinkBaby Zinc Oxide Sunscreen (company site says EWG, not listed on EWG site) | 50 | Baby | USA | 23.40% | No | 1,251.10 | 575.50 | ND <5 | ND <10 | YES | pending | Zinc Oxide: Zn |
| 32 | Sport Sunscreen - To Be Published | 50 | / | / | / | No | 1,265.80 | 510.90 | ND <5 | ND <10 | pending | pending | Zinc Oxide: Zn |
| 33 | Little Urchin Natural Face Sunscreen SPF 50 Clear Zinc - Made in Australia | 50 | Family | Australia | / | No | 1,311.60 | 337.90 | ND <5 | 229.60 | pending | pending | Zinc Oxide: Zn |
| 34 | Earth Mama Baby Mineral Sunscreen Lotion Broad Spectrum SPF | 40 | Baby | USA | / | No | 2,140.30 | 122.70 | ND <5 | ND <10 | pending | pending | Zinc Oxide: Zn |
| 35 | Sky & Sol Face and Body Sunscreen | 50 | Family | USA | 25.00% | No | 4,512.50 | 621.60 | ND <5 | 65.51 | YES | pending | Zinc Oxide: Zn |
| 36 | Single Ingredient Zinc Oxide Powder for Making Your Own Sunscreen | n/a | n/a | USA | 100.00% | n/a | 9,474.70 | 906.20 | ND <5 | ND <10 | pending | pending | Zinc Oxide: Zn |

Highest Levels For Noted Element

All measurements noted are in PARTS PER BILLION (ppb)

Chart Last Updated: April 19, 2026 - DRAFT 2.1 (8 lab reports pendig publishing)

Sorted in order of Lead Level Ascending

More Mainstream / Well Known Brands Highlighted in Blue

Not Yet Published Reports Highlighted in Yellow

Learn More at LeadSafeMama.com

EXHIBIT 2

| Sun Bum Baby Bum Mineral Sunscreen Lotion (SPF 50) |
|---|



**Purity Laboratories, Inc.**

17387 SW 63rd St.
Lake Oswego, OR 97035
Phone: 503.297.3636 Fax: 503.297.3738

www.puritylabsinc.com

Page 1 of 1

For: Lead Safe Mama, LLC
7933 SE 15th Avenue
Portland, Oregon, 97202
United States
415-609-3182

ATTN: Tamara Elise Rubin
tamararubin@mac.com
415-609-3182/

Case Notes: RUSH

Case#: 2506212

Received Date: 06/11/2025

Tested Date: 06/12/2025

Completed Date: 06/13/2025

Purchase Order:

**Product Tested:**
**Baby Bum Mineral Sunscreen Lotion
(by Sun Bum), SPF 50**

Sample#: 2506212-01     Sample Description: Bum Sunscreen 50 Lot# 2025-138

| Test | Unit | Result | Method |
|---|---|---|---|
| Arsenic - | ppb | < 10.00 | ICP-MS |
| Cadmium - | ppb | 232.4 | ICP-MS |
| Lead - | ppb | 495.1 | ICP-MS |
| Mercury - | ppb | < 5.00 | ICP-MS |

Reviewed By _____     Date ___13Jun2025___

# Test Report

All reported results relate only to the items tested. All reported results apply to the samples as received by Purity Laboratories, Inc.

Note: All products are sent to the lab by Lead Safe Mama, LLC (LSM) with anonymized sample description language & a LSM internal lot number for identification — to avoid any real or perceived potential bias from the lab. Once reports are received back from the lab they are annotated by LSM staff with the actual product description detail (in blue) and a thumbnail of the product image. Reports are then published on LeadSafeMama.com

**Blue Lizard Sensitive Mineral Sunscreen Lotion (SPF 50)**



**Purity Laboratories, Inc.**

17387 SW 63rd St.
Lake Oswego, OR 97035
Phone: 503.297.3636 Fax: 503.297.3738

www.puritylabsinc.com

Page 1 of 1

For: Lead Safe Mama, LLC
7933 SE 15th Avenue
Portland, Oregon, 97202
United States
415-609-3182

ATTN: Tamara Elise Rubin
tamararubin@mac.com
415-609-3182/

Case#: 2505469

Received Date: 05/23/2025

Tested Date: 05/29/2025

Completed Date: 05/30/2025

Purchase Order:

Product Info:
Blue Lizard Australian Sunscreen
SPF 50 Sensitive Mineral Sunscreen

Case Notes:

Sample#: 2505469-01 | Sample Description: Sensitive Sunscreen Lot# 2025-097

| Test | Unit | Result | Method |
|---|---|---|---|
| Arsenic - | ppb | < 10.00 | ICP-MS |
| Cadmium - | ppb | 266.7 | ICP-MS |
| Lead - | ppb | 666.3 | ICP-MS |
| Mercury - | ppb | < 5.00 | ICP-MS |

Reviewed By _David Snook_____

Date 06/02/25_____

# Test Report

All reported results relate only to the items tested. All reported results apply to the samples as received by Purity Laboratories, Inc.

Note: All products are sent to the lab by Lead Safe Mama, LLC (LSM) with anonymized sample description language & a LSM internal lot number for identification — to avoid any real or perceived potential bias from the lab. Once reports are received back from the lab they are annotated by LSM staff with the actual product description detail (in blue) and a thumbnail of the product image. Reports are then published on LeadSafeMama.com

**Thinkbaby Clear Zinc 20% Sunscreen Lotion (SPF 30)**



**Purity Laboratories, Inc.**

17387 SW 63rd St.
Lake Oswego, OR 97035
Phone: 503.297.3636 Fax: 503.297.3738

www.puritylabsinc.com

Page 1 of 1

For: Lead Safe Mama, LLC
7933 SE 15th Avenue
Portland, Oregon, 97202
United States
415-609-3182

ATTN: Tamara Elise Rubin
tamararubin@mac.com
415-609-3182/

Case Notes: RUSH

Case#: 2506206

Received Date: 06/11/2025

Tested Date: 06/12/2025

Completed Date: 06/13/2025

Purchase Order:

**Product Tested:
ThinkBaby Clear Zinc 20% Sunscreen,
SPF 30 — "EWG Verified"**

| Sample#: 2506206-01 | | Sample Description: | Baby Sunscreen Zinc 30 Lot# 2025-132 | |
|---|---|---|---|---|
| **Test** | **Unit** | **Result** | **Method** | |
| Arsenic – | ppb | < 10.00 | ICP-MS | |
| Cadmium – | ppb | 645.0 | ICP-MS | |
| Lead – | ppb | 1235.4 | ICP-MS | |
| Mercury – | ppb | 5.29 | ICP-MS | |

Reviewed By _____

Date ___13 Jun 2025___

# Test Report

All reported results relate only to the items tested. All reported results apply to the samples as received by Purity Laboratories, Inc.

Note: All products are sent to the lab by Lead Safe Mama, LLC (LSM) with anonymized sample description language & a LSM internal lot number for identification — to avoid any real or perceived potential bias from the lab. Once reports are received back from the lab they are annotated by LSM staff with the actual product description detail (in blue) and a thumbnail of the product image. Reports are then published on LeadSafeMama.com

**Thinkbaby Sunscreen Lotion (SPF 50)**



**Purity Laboratories, Inc.**

17387 SW 63rd St.
Lake Oswego, OR 97035
Phone: 503.297.3636 Fax: 503.297.3738

www.puritylabsinc.com

Page 1 of 1

For: Lead Safe Mama, LLC
7933 SE 15th Avenue
Portland, Oregon, 97202
United States
415-609-3182

ATTN: Tamara Elise Rubin
tamararubin@mac.com
415-609-3182/

Case#: 2505468

Received Date: 05/23/2025

Tested Date: 05/29/2025

Completed Date: 05/30/2025

Purchase Order:
Product Info:
ThinkBaby Zinc Oxide 23.4%
Sunscreen, SPF 50 —
"Free of Harmful Chemicals"

Case Notes:

Sample#: 2505468-01      Sample Description: Baby Sunscreen Lot# 2025-096

| Test | Unit | Result | Method |
|---|---|---|---|
| Arsenic - | ppb | < 10.00 | ICP-MS |
| Cadmium - | ppb | 575.5 | ICP-MS |
| Lead - | ppb | 1251.1 | ICP-MS |
| Mercury - | ppb | < 5.00 | ICP-MS |

Reviewed By _David Sarah_____

Date 06/02/25 _____

# Test Report

All reported results relate only to the items tested. All reported results apply to the samples as received by Purity Laboratories, Inc.

Note: All products are sent to the lab by Lead Safe Mama, LLC (LSM) with anonymized sample description language & a LSM internal lot number for identification — to avoid any real or perceived potential bias from the lab. Once reports are received back from the lab they are annotated by LSM staff with the actual product description detail (in blue) and a thumbnail of the product image. Reports are then published on LeadSafeMama.com

**Coppertone Pure & Simple Baby Sunscreen Lotion (SPF 50)**



**Purity Laboratories, Inc.**

17387 SW 63rd St.
Lake Oswego, OR 97035
Phone: 503.297.3636 Fax: 503.297.3738

www.puritylabsinc.com

Page 1 of 1

For: Lead Safe Mama, LLC
7933 SE 15th Avenue
Portland,Oregon,97202
United States
415-609-3182

Case#: 2505271

Received Date: 05/14/2025

Tested Date: 05/19/2025

ATTN: Tamara Elise Rubin
tamararubin@mac.com
415-609-3182/

Completed Date: 05/21/2025

Purchase Order:
Product Tested:
Coppertone Zinc Oxide Sunscreen,
Pure & Simple Baby — SPF 50
"#1 Pediatrician Recommended Sunscreen Brand"

Case Notes:

| Sample#: 2505271-01 | | Sample Description: | Baby Sunscreen Lot# 2028-080 | |
|---|---|---|---|---|
| Test | Unit | Result | | Method |
| Arsenic - | ppb | < 10.00 | | ICP-MS |
| Cadmium - | ppb | 356.1 | | ICP-MS |
| Lead - | ppb | 1017.5 | | ICP-MS |
| Mercury - | ppb | < 5.00 | | ICP-MS |

Reviewed By _David Snook_____

Date _05/21/25_____

# Test Report

All reported results relate only to the items tested. All reported results apply to the samples as received by Purity Laboratories, Inc.

Note: All products are sent to the lab by Lead Safe Mama, LLC (LSM) with anonymized sample description language & a LSM internal lot number for identification — to avoid any real or perceived potential bias from the lab. Once reports are received back from the lab they are annotated by LSM staff with the actual product description detail (in blue) and product image. Reports are then published on LeadSafeMama.com