The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Elizabeth Correia, and Alyson Endlich, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Amazon.com, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 2:26-cv-01479-JNW<br><br>ORDER GRANTING MOTION TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS PAPERS |

The Stipulated Motion to Set Briefing Schedule for Motion to Dismiss Papers filed by Plaintiffs Elizabeth Correia and Alyson Endlich ("Plaintiffs") and Defendant Amazon.com, Inc. ("Amazon") is GRANTED. Accordingly, the Court orders that the following deadlines will govern briefing on Amazon's motion to dismiss:

a) Plaintiffs' Opposition to Amazon's Motion to Dismiss their Amended Class Action Complaint due: August 31, 2026.

b) Amazon's Reply in Support of its Motion to Dismiss Plaintiffs' Amended Class Action Complaint due: September 25, 2026.

IT IS SO ORDERED.

Dated this 17th day of August, 2026.

The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE



BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

Presented by:

BRESKIN JOHNSON TRIAL LAWYERS PLLC

/s/ Brendan W. Donckers
Brendan W. Donckers (WSBA # 39406)
506 2nd Avenue, Suite 2400
Seattle, WA 98104
Telephone: (206) 652-8660
Fax: (206) 652-8290
E-Mail: bdonckers@bjtlawyers.com

Rebecca A. Peterson, *Pro Hac Vice*
Krista K. Freier, *Pro Hac Vice*
Catherine A. Peterson, *Pro Hac Vice*
HECHT PARTNERS LLP
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9530
E-Mail: rpeterson@hectpartners.com
kfreier@hechtpartners.com
cpeterson@hechtpartners.com
eservicecapg@hechtpartners.com

Daniel E. Gustafson
Catherine Sung-Yun K. Smith
Adam Kolb
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
csmith@gustafsongluek.com
akolb@gustafsongluek.com

Jason Gustafson
THRONDSET MICHENFELDER, LLC
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
Telephone: (763) 515-6110
E-mail: jason@throndsetlaw.com

Raphael Janove
JANOVE PLLC
115 Broadway, 5th Floor
New York, NY 10006
E-mail: Raphael@Janove.Law

*Counsel for Plaintiffs*

DAVIS WRIGHT TREMAINE LLP

*/s/ Kevin Kramer*
Kevin Kramer, WSBA #52435
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8068
Email: kevinkramer@dwt.com

REED SMITH LLP

Jennifer J. Nagle (admitted pro hac vice)
Robert W. Sparkes, III (admitted pro hac vice)
100 High St., 20th Floor
Boston, MA 02110
Telephone: (617) 517-2660
Email: jnagle@reedsmith.com
rsparkes@reedsmith.com

Loly G. Tor (admitted pro hac vice)
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Telephone: (609) 514-5953
Email: ltor@reedsmith.com

*Attorneys for Defendant Amazon.com, Inc.*