UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH CORREIA and ALYSON ENDLICH,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM INC,<br><br>Defendant. | CASE NO. 2:26-cv-01479-JNW<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

After reviewing the parties' joint status report, Dkt. No. 27, the Court sets the following deadlines:

| **EVENT** | **DATE** |
|---|---|
| Deadline for joining additional parties | 30 days after the Court rules on Defendant's motion to dismiss |
| Stipulated Order on Electronically Stored Information, Protective Order, and Expert Discovery Protocols | November 12, 2026 |

| EVENT | DATE |
| --- | --- |
| Substantial completion of document production | June 4, 2027 |
| Fact witness depositions | September 17, 2027 |
| Affirmative class certification expert disclosures | October 15, 2027 |
| Rebuttal class certification expert disclosures | November 22, 2027 |
| Expert witness depositions | January 28, 2028 |
| Deadline to file Motion for class certification | February 25, 2028 |
| Deadline to file Opposition to motion for class certification; Defendant's deadline to file any *Daubert* Motions | March 27, 2028 |
| Deadline to file Reply to motion for class certification; Plaintiffs' deadline to file any *Daubert* Motions; Plaintiffs' deadline to oppose Defendant's *Daubert* Motion(s) | April 28, 2028 |
| Defendant's deadline to oppose Plaintiffs' *Daubert* Motion(s); Defendant's deadline to file a reply in support of Defendant's *Daubert* Motion(s) | May 29, 2028 |
| Plaintiffs' Reply in support of Plaintiffs' *Daubert* Motion(s) | June 26, 2028 |
| Hearing on class certification | To be announced |

The Court will set further case scheduling deadlines after ruling on the motion for class certification. If the Court denies the class certification motion, any party may request an expedited trial date. These are firm dates that can be changed only by order of the Court, not by agreement of the parties. The Court will alter these dates only upon good cause shown.

If this case settles, counsel must notify Grant Cogswell, Courtroom Deputy, as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to

give the courtroom deputy prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 7th day of October 2026.

Joshua C. Lewis
Clerk
/s/ *Kathleen Albert*
Deputy Clerk