The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH CORREIA, and ALYSON ENDLICH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:26-cv-01479-JNW<br><br>STIPULATED EXPERT DISCOVERY PROTOCOL AND ORDER<br><br>Noted: November 12, 2026 |

Pursuant to Local Rules 7(d)(1) and 10(g) and the Court's October 7, 2026 Minute Order (Dkt. 36), Plaintiffs Elizabeth Correia and Alyson Endlich and Defendant Amazon.com, Inc. (collectively, the "Parties"), through their respective counsel of record, hereby stipulate to the following regarding the scope of expert discovery relating to all testifying experts and non-testifying experts or expert consultants in this matter.

1. Except as provided otherwise in this Stipulation, expert discovery shall be governed by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and any other applicable rule or Court order. Except as provided in Paragraph 3, this Stipulation does not set or alter the time for any disclosure required by Federal Rule of Civil Procedure 26(a)(2)(B) or the timing of any deposition of any testifying expert.

2. The disclosures required by Fed. R. Civ. P. 26(a)(2)(B) shall be served at the time of service of any expert report and/or expert declaration.



REED SMITH LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel: +1 212 521 5400/Fax: +1 212 521 5450

3. Within five business days of any party serving any expert report and/or expert declaration pursuant to Fed. R. Civ. P. 26(a)(2)(B) or otherwise, the Party or Parties proffering the expert witness shall produce the documents, data, or other information required to be produced pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, any applicable Local Civil Rule, and any applicable Court order.

4. The documents, data, or other information referred to in Paragraph 3 above shall be produced electronically (via email, disc, or FTP site) where feasible. Data, statistical analyses, or other information (including any calculation or exhibit) shall be provided in machine readable format, including any data that has been cleaned, reformatted, or modified in any way from the form in which it may have been provided to the expert. All other documents, data, and other information shall be provided in a format as agreed to by the Parties, along with any software and instructions required to read them, but no Party need produce computer software that is reasonably and commercially available (*e.g.*, Microsoft Word, Excel). Documents that are publicly available need not be produced if they are available online for free at an internet address identified in the expert's report/declaration. Documents that have previously been produced during discovery need not be produced if they are identified by Bates number.

5. Nothing in this Stipulation is intended to limit the ability of any Party to prepare and use demonstrative exhibits, including demonstrative exhibits that may relate to an expert's testimony during the course of any argument, hearing, or trial, and the use of same shall be governed by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, any applicable Local Civil Rules, and any applicable orders by the Court.

6. No subpoenas (for depositions or documents) shall be served on any testifying expert from whom a report or declaration is provided. Instead, the Party proffering such expert will (a) be responsible for producing all materials and information required by the Federal Rules of Civil Procedure, and (b) make the expert available for deposition at a time mutually agreed



REED SMITH LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel: +1 212 521 5400/Fax: +1 212 521 5450

to by the Parties without the need for a deposition notice and consistent with the Court's scheduling orders.

7. The Parties agree to comply with this Stipulation pending the Court's approval.

IT IS SO ORDERED.

Dated this 16th day of November, 2026.



The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE



REED SMITH LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel: +1 212 521 5400/Fax: +1 212 521 5450

Presented by:

REED SMITH LLP

/s/ *Ofunne N. Edoziem*
Ofunne N. Edoziem, WSBA #54248
599 Lexington Avenue
New York, NY 10022-7650
Telephone: (212) 251-5400
Email: oedoziem@reedsmith.com

Jennifer J. Nagle (*Pro Hac Vice*)
Robert W. Sparkes III (*Pro Hac Vice*)
100 High Street, 20th Floor
Boston, MA 02110
Telephone: (617) 517-2660
Email: jnagle@reedsmith.com
rsparkes@reedsmith.com

Loly G. Tor (*Pro Hac Vice*)
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Telephone: (609) 514-5953
Email: ltor@reedsmith.com

DAVIS WRIGHT TREMAINE LLP

Kevin Kramer, WSBA #52435
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 757-8068
Email: kevinkramer@dwt.com

*Attorneys for Defendant Amazon.com, Inc*

BRESKIN JOHNSON TRIAL LAWYERS PLLC

/s/ *Brendan W. Donckers*
Brendan W. Donckers, WSBA #39406
506 2nd Avenue, Suite 2400
Seattle, WA 98104
Telephone: (206) 652-8660
Fax: (206) 652-8290
E-Mail: bdonckers@bjtlawyers.com

Rebecca A. Peterson, *Pro Hac Vice*
Krista K. Freier, *Pro Hac Vice*
HAGENS BERMAN SOBOL SHAPIRO LLP
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (952) 246-5155
E-Mail: rebecca.peterson@hbsslaw.com
krista.freier@hbsslaw.com

Daniel E. Gustafson
Catherine Sung-Yun K. Smith
Adam Kolb
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
csmith@gustafsongluek.com
akolb@gustafsongluek.com

Jason Gustafson
THRONDSET MICHENFELDER, LLC
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
Telephone: (763) 515-6110
E-mail: jason@throndsetlaw.com

Raphael Janove
JANOVE PLLC
115 Broadway, 5th Floor
New York, NY 10006
E-mail: Raphael@Janove.Law

*Attorneys for Plaintiffs*